UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 15 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, <br><br> Defendant. | CIVIL ACTION NO. 04-11736 PBS |

## MOTION FOR LEAVE TO ADMIT COUNSEL FOR PLAINTIFF PRO HAC VICE (ASSENTED TO)

Pursuant to LR, D. Mass. 83.5.3(b), undersigned counsel, as attorney for plaintiff American Medical Response of Massachusetts, Inc. ("AMR"), hereby moves this Court to enter an order permitting the admission *pro hac vice* of Julian B. Bellenghi, Esquire, and allowing him to appear and practice as counsel for AMR in this civil action pending before this Court. As grounds for this Motion, undersigned counsel refers to the Certificate of Good Standing of Julian B. Bellenghi filed herewith and further states as follows:

1. The undersigned counsel is a member of the bar of this Court and of the Supreme Judicial Court of Massachusetts and is an attorney with the firm of Menard, Murphy & Walsh LLP, 60 State Street - 34th Floor, Boston, Massachusetts. The undersigned counsel has appeared for AMR in this civil action.

2. Mr. Bellenghi is a member of the bars of the highest courts of the state of California and the District of Columbia. Mr. Bellenghi also is admitted to practice before the United States District Courts for the District of Columbia and all Districts of California, as well as the United States Courts of Appeal for the Ninth and District of Columbia Circuits.

3. Mr. Bellenghi is in good standing in each of the jurisdictions where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Mr. Bellenghi as a member of the bar in any jurisdiction.

5. Mr. Bellenghi is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Mr. Bellenghi and his firm of Collins & Bellenghi, LLP, are counsel to AMR in numerous other matters, have been retained by AMR in this civil action and are knowledgeable concerning the subject matter of this civil action.

7. The defendant assents to this motion.

WHEREFORE, AMR requests that this Court enter an order permitting the admission *pro hac vice* of Julian B. Bellenghi and allowing him to appear and practice in this Court as counsel for AMR in this civil action.

## CERTIFICATION PURSUANT TO LR, D. MASS. 7.1(A)(2)

Pursuant to LR, D. Mass. 7.1(A)(2), I, Victoria C. Cohen, counsel for AMR, hereby certify that on October 12, 2004, Timothy G. Bailey, Esquire, attorney for the defendant, informed me by telephone that he assents to this Motion.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC.,

By its attorneys,

_____
Paul J. Murphy, BBO #363490
Victoria C. Cohen, BBO #643686
Menard Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts 02109
(617) 832-2500

Assented To:

INTERNATIONAL ASSOCIATION OF
EMT's & PARAMEDICS, LOCAL 1,

By its attorney,

_____
Timothy G. Bailey, Esq.

Dated: October 28, 2004

### CERTIFICATE OF SERVICE

I, Victoria C. Cohen, hereby certify that on this 28 day of October 2004, I caused a copy of the **MOTION FOR LEAVE TO ADMIT COUNSEL FOR PLAINTIFF PRO HAC VICE (ASSENTED TO)** to be served by first-class mail, postage prepaid, addressed to Timothy G. Bailey, Esq., 159 Burgin Parkway, Quincy, MA 02169 (attorney for defendant).

_____
Victoria C. Cohen

G:\A\American Medical Response\Levy\Pleadings\Motion Pro Hac Vice (Bellenghi).doc