UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 15 P 3:52

U.S. DIST COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, )<br><br>Defendant. ) | CIVIL ACTION NO. 04-11736 PBS |

## CERTIFICATE OF GOOD STANDING OF JULIAN B. BELLENGHI, ESQUIRE

I, Julian B. Bellenghi, on oath depose and state as follows:

1. I am a partner in the law firm of Bellenghi & Collins, LLP and maintain my office at 2600 Michelson Drive, Suite 420, Irvine, CA 92612-6593.

2. I am a member of the bars of the highest courts of the state of California and the District of Columbia. I also am admitted to practice before the United States District Courts for the District of Columbia and all Districts of California, as well as the United States Courts of Appeal for the Ninth and District of Columbia Circuits. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this __25__ day of October, 2004.

_____
Julian B. Bellenghi, Esquire

## CERTIFICATE OF SERVICE

I, Victoria C. Cohen, hereby certify that on this 28 day of October 2004, I caused a copy of the **MOTION FOR LEAVE TO ADMIT COUNSEL FOR PLAINTIFF PRO HAC VICE (ASSENTED TO)** to be served by first-class mail, postage prepaid, addressed to Timothy G. Bailey, Esq., 159 Burgin Parkway, Quincy, MA 02169 (attorney for defendant).

_____
Victoria C. Cohen

G:\A\American Medical Response\Levy\Pleadings\Certificate of Good Standing (Bellenghi).doc