UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
AMERICAN MEDICAL RESPONSE OF     )
MASSACHUSETTS, INC.,             )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CIVIL ACTION NO. 04-11736-PBS
                                 )
INTERNATIONAL ASSOCIATION OF     )
EMTs & PARAMEDICS, LOCAL 1,      )
                                 )
        Defendant.               )
_____)
```

**JOINT STATEMENT PURSUANT TO LR D. MASS. 16.1**

Pursuant to LR D. Mass. 16.1 and the Court's February 23, 2005 Notice of Scheduling Conference, plaintiff American Medical Response of Massachusetts, Inc. ("AMR") and defendant International Association of EMTs and Paramedics, Local 1 ("IAEP"), hereby submit this joint statement.

**I.   COMPLIANCE WITH OBLIGATION TO CONFER**

Pursuant to LR D. Mass. 16.1(B), on March 21, 2005, Paul J. Murphy, counsel for AMR, and Timothy Bailey, counsel for IAEP, conferred for the purpose of:

   A.   Preparing an agenda of matters to be discussed at the April 11, 2005 Scheduling Conference;

   B.   Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and

   C.   Considering whether they will consent to trial by magistrate judge.

II.  **JOINT STATEMENT**

As a result of that conference, AMR and IAEP submit the following joint statement pursuant to LR D. Mass. 16.1(D).

    A.  **Proposed Agenda of Items to be Discussed at Scheduling Conference**

AMR and IAEP jointly suggest that at the Scheduling Conference the Court and the parties discuss:

        1.  The parties' proposed discovery plan; and

        2.  The parties' proposed schedule for filing motions.

    B.  **Proposed Pretrial Schedule**

        1.  The Parties' Joint Discovery Plan

The parties stipulate that because this is an action to vacate an arbitration award, the facts in this case have been established as a matter of record in the underlying arbitration; therefore, no discovery is needed. Further, the parties stipulate that they are exempt from the requirement of exchanging initial disclosures under Fed. R. Civ. P. Rule 26(a)(1)(E)(viii).

        2.  The Parties' Proposed Schedule for Filing Motions

The parties expect that this case will be resolved by dispositive motions, and suggest that such motions, including those under Fed. R. Civ. P. 56, be filed no later than September 12, 2005, with opposition deadlines and oral argument set by the Court thereafter.

    C.  **Consent to Trial by Magistrate Judge**

As noted above, the parties expect that this case will be resolved by dispositive motions and will not require a trial. The parties do not consent to the resolution of this case by magistrate judge.

**D.     Certifications Signed by Counsel and Representatives of the Parties**

The parties have complied with their obligations pursuant to LR D. Mass. 16.1(D)(3)(a) and (b). Certifications signed by counsel for both parties, and by authorized representatives of AMR and IAEP, will be filed separately.

Respectfully submitted,

| Plaintiff, | Defendant, |
|---|---|
| AMERICAN MEDICAL RESPONSE,<br>By its attorneys, | IAEP, LOCAL 1<br>By its attorneys, |
| /s/ Victoria Cohen<br>Paul J. Murphy, BBO #363490<br>Victoria C. Cohen, BBO #643686<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br>(617) 832-2500 | /s/ Tim Bailey /VCC<br>Richard L. Barry, Jr., BBO #031810<br>Timothy G. Bailey, BBO #560308<br>International Association of EMTs<br>  and Paramedics<br>159 Burgin Parkway<br>Quincy, MA 02169<br>(617) 376-0220 |

/s/ Julian Bellenghi /VCC
Julian B. Bellenghi, Esquire
Collins & Bellenghi, LLP
2600 Michelson Drive, Suite 420
Irvine, CA 92612-6593

Dated: April 1, 2005

G:\B\BELLENGHI\PLEADINGS\R16 Joint Statement doc