UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF EMTs & PARAMEDICS, LOCAL 1,<br><br>Defendant. | CIVIL ACTION NO. 04-11736-PBS |

## CERTIFICATION

I, Robert Zagami, Regional Vice President – Human Resources, for American Medical Response of Massachusetts, Inc., plaintiff in the above-captioned action, hereby certify that I have conferred with my attorney, Julian B. Bellenghi, in this matter:

a. with a view to establishing a budget for the costs of conducting the full-course -- and various alternative courses -- of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR D. Mass. 16.4.

Signed under the penalties of perjury this 30th day of March, 2005.

AMERICAN MEDICAL REPSONSE OF
MASSACHUSETTS, INC.,

By: Robert Zagami
Its: Regional Vice President – HR

G:\B\BELLENGHI\PLEADINGS\R16 Certification (AMR).doc