UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF EMTs & PARAMEDICS, LOCAL 1, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 04-11736-PBS

## CERTIFICATION

I, Julian B. Bellenghi, attorney for plaintiff American Medical Response of Massachusetts, Inc. ("AMR"), hereby certify that I have conferred with an authorized representative of AMR in this matter:

    a.    with a view to establishing a budget for the costs of conducting the full-course -- and various alternative courses -- of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR D. Mass. 16.4.

Signed under the penalties of perjury this 30th day of March, 2005.

*/s/ Julian B. Bellenghi*
Julian B. Bellenghi

G:\B\BELLENGHI\PLEADINGS\R16 Certification (C&B).doc