UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

American Medical Response of MA, Inc.
Plaintiff,

V.

Int'l Assoc. of Emergency EMT"S
and Paramedica, Local 1
Defendant.

Civil Action Number
04-11736-PBS

April 11, 2005

## SCHEDULING ORDER

Saris, D.J.,

Cross Motions for Summary Judgment filing deadline: 9/12/05

Opposition to Summary Judgment Motions: 10/12/05

Hearing on Summary Judgment or Pretrial Conference: 11/2/05 at 2:00 p.m.

Case to be referred to Mediation program: May, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk