UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br> Plaintiff <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF EMTs and PARAMEDICS, <br> Defendant. | CIVIL ACTION NO.: 04-11736 PBS |

## DEFENDANT'S MOTION TO WAIVE REQUIREMENT OF ELECTRONIC DOCUMENT FILING

NOW COMES defendant International Association of EMTs and PARAMEDICS, Local 1 on behalf of Matthew Levy ("IAEP") and hereby move this Honorable Court to grant its motion to waive the requirement to file its Assented to Motion to Extend Time for Filing Cross Motions for Summary Judgment electronically.

### GROUNDS FOR MOTION

The attorney for the IAEP registered for Electronic Case Filing, CM/ECF on September 20, 2005. The login ID and password necessary to allow this attorney to file documents electronically will not be available for approximately seven (7) to ten (10) days from today's date.

WHEREFORE, the IAEP respectfully request this Honorable Court to allow grant its motion to waive the requirement to file its Assented to Motion to Extend Time for Filing Cross Motions for Summary Judgment electronically.

1

IAEP
By its Attorneys

_____
Timothy G. Bailey
(BBO#560308)
International Association of EMT's & Paramedics
159 Burgin Parkway
Quincy, MA 02169
(617) 376-0220

Dated: September 20, 2005

CERTIFICATE OF SERVICE

I, Timothy G. Bailey, Esq., counsel for the International Association of EMTs and Paramedics, 159 Burgin Parkway, Quincy, MA 02169, do hereby certify that on this 20th day of September 2005, I served a copy of the IAEP's Motion to Waive Requirement of Electronic Document Filing on Julian B. Bellenghi, Esq., Collins & Bellenghi, LLP, 2600 Michelson Drive, Suite 420, Irvine, CA 92612-6593 and Paul J. Murphy, Esq., Menard, Murphy & Walsh, LLP, 60 State St., 34th Floor, Boston, MA 02109, by first class mail, postage prepaid.

Signed under the pains and penalty of perjury this   20th   day of September 2005.

_____
Timothy G. Bailey, Esq.

2