UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>INTERNATIONAL ASSOCIATION OF )<br>EMTs and PARAMEDICS, )<br>Defendant. ) | CIVIL ACTION NO.: 04-11736 PBS |

ASSENTED TO MOTION TO EXTEND TIME FOR FILING CROSS MOTIONS FOR SUMMARY JUDGEMENT

NOW COMES plaintiff American Medical Response of Massachusetts, Inc. ("AMR") and defendant International Association of EMTs and PARAMEDICS, Local 1 on behalf of Matthew Levy ("IAEP") and hereby move this Honorable Court to extend the time for filing cross motions for summary judgment in the within matter.

GROUNDS FOR MOTION

The parties are currently, and have been for approximately two (2) months, in diligent settlement negotiations regarding this complaint. In the course of the last two (2) months the parties have exchanged various settlement agreement drafts and have added new terms or changed or modified terms contained in the original settlement agreement. Through their settlement discussions the parties have agreed to substantial changes on issues that were originally contested. Presently there are a few terms that need further discussion and negotiation.

It is the parties' belief that additional time will result in a mutually satisfactory settlement agreement and the withdrawal of the complaint. An extension of time for sixty (60) days from

1

the summary judgment deadline of Monday, September 12, 2005, will allow the parties sufficient time to resolve the few remaining issues that currently lack agreement and execute a final, binding settlement agreement.

Additionally, the extension of time will eliminate an inefficient use of the Court's time and help to conserve Court's time and resources.

WHEREFORE, the parties respectfully request this Honorable Court to allow their Assented to Motion to Extend Time for Filing Cross Motions for Summary Judgment.

| | |
|---|---|
| Defendant, | Plaintiff, |
| IAEP | AMERICAN MEDICAL RESONSE |
| By its Attorneys | By its Attorneys |
| | |
| Richard L. Barry, Jr., | Julian B. Bellenghi, Esq. |
| (BBO#031810) | Collins & Bellenghi, LLP |
| Timothy G. Bailey | 2600 Michelson Drive, Suite 420 |
| (BBO#560308) | Irvine, CA 92612-6593 |
| IAEP | (949)-851-9311 |
| 159 Burgin Parkway | |
| Quincy, MA 02169 | |
| (617) 376-0220 | |
| | |
| | Paul J. Murphy, Esq., BBO 363490 |
| | Victoria C. Cohen, Esq., BBO 43686 |
| | Menard, Murphy & Walsh, LLP |
| | 60 State St., 34th floor |
| | Boston, MA 02109 |
| | (617) 832-2500 |

Dated:  September 8, 2005

2

CERTIFICATE OF SERVICE

I, Timothy G. Bailey, Esq., counsel for the International Association of EMTs and Paramedics, 159 Burgin Parkway, Quincy, MA 02169, do hereby certify that on this 8th day of September 2005, I served a copy of the parties' Assented to Motion to Extend Time for Filing Cross Motions for Summary Judgment on Julian B. Bellenghi, Esq., Collins & Bellenghi, LLP, 2600 Michelson Drive, Suite 420, Irvine, CA 92612-6593 and Paul J. Murphy, Esq., Menard, Murphy & Walsh, LLP, 60 State St., 34th Floor, Boston, MA 02109, by first class mail, postage prepaid.

Signed under the pains and penalty of perjury this    8th    day of September 2005.

Timothy G. Bailey, Esq.

3