# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11736-PBS

American Medical Response of Massachusetts, Inc.
Plaintiff

v.

International Association of EMT's and Paramedics, Local 1
Defendant

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 70 days if settlement is not consummated.

By the Court,

 /s/ Robert C. Alba 
Deputy Clerk

October 19, 2005

To: All Counsel