UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11736 PBS |
| INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO REOPEN ACTION**

Plaintiff, American Medical Response of Massachusetts, Inc. ("AMR"), and defendant, International Association of EMT's & Paramedics, Local 1 (the "Union") (collectively the "Parties"), hereby jointly request, pursuant to Local Rule 7.1(A), that the above action be reopened to allow the Parties to proceed with the filing of Cross-Motions for Summary Judgment as had been previously directed by the Court.

In support of their Motion, AMR and the Union further state as follows:

1.      After participation in the Court's Mediation Program, and following several months of negotiations, the Parties have reached an impasse such that consummation of a mutually satisfactory settlement of this dispute is unlikely. On or about October 19, 2005, the Court dismissed this action "without prejudice to the right of any party, upon good cause shown, to reopen the action within 70 days if settlement is not consummated." See Settlement Order of Dismissal, October 19, 2005 (Saris, D.J.).

2. Counsel, having now conferred and reviewed their respective schedules, respectfully request that the Court enter the following Scheduling Order for the remaining events in this litigation:

> Cross-Motions for Summary Judgment filing deadline:  January 20, 2006
>
> Opposition to Summary Judgment Motions:  February 20, 2006
>
> Hearing on Summary Judgment or Pre-Trial Conference:  (per the Court's schedule)

WHEREFORE, the Parties jointly request that the Court reopen this action and enter the Scheduling Order set forth above for the remaining events in this litigation.

### LR 7.1(A)(2) CERTIFICATION

I, Paul J. Murphy, counsel for the above-named plaintiff, hereby certify, pursuant to LR 7.1(A)(2), that I have conferred with all counsel of record and have obtained their assent to this Motion.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, <br> AMERICAN MEDICAL RESPONSE OF <br> MASSACHUSETTS, INC., | The Defendant, <br> INTERNATIONAL ASSOCIATION OF <br> EMT's & PARAMEDICS, LOCAL 1, |
| By its attorneys, | By its attorney, |
| s/Paul J. Murphy <br> Paul J. Murphy, Esq., BBO #363490 <br> Menard Murphy & Walsh LLP <br> 60 State Street - 34th Floor <br> Boston, Massachusetts  02109 <br> (617)  832-2500 | s/Timothy G. Bailey <br> Timothy G. Bailey, Esq., BBO # 560308 <br> IAEP <br> 159 Burgin Parkway <br> Quincy, MA 02169 <br> (617) 376-0220 |

- 3 -

<u>s/Julian B. Bellenghi</u>
Julian B. Bellenghi, Esq.
Collins & Bellenghi, LLP
2600 Michelson Drive, Suite 420
Irvine, CA 92612-6593
(949) 851-9311


Dated:  December 5, 2005


G:\B\BELLENGHI\PLEADINGS\Joint Motion to Reopen Action (Bellenghi).doc