UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


American Medical Response of Massachusetts, Inc.
                              Plaintiff,                        CIVIL ACTION
                                                               NO.  04-11736-PBS

              v.


International Association of EMT's & Paramedics, Local1
                              Defendant.




**NOTICE OF MOTION HEARING**


SARIS, U.S.D.J.                                               December 6, 2005


        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Joint
Motion to Reopen Action on **January 6, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S.
District Court, 1 Courthouse Way, Boston, Massachusetts**.**



                                        By the Court,



                                          /s/ Robert C. Alba
                                        Deputy Clerk


Copies to:  All Counsel