UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**American Medical Response of Massachusetts, Inc.**
Plaintiff,

V.

Civil Action Number
04-11736-PBS

**International Association of Emergency EMT's**

**& Paramedics, Local 1**
Defendant.

January 6, 2006

SCHEDULING ORDER

Saris, D.J.,

Summary Judgment Motion filing deadline: 2/21/06

Opposition to Summary Judgment Motions: 3/21/06

Hearing on Summary Judgment or Pretrial Conference: 4/6/06 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk