UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE<br>OF MASSACHUSETTS, INC.<br>     Plaintiff,<br><br>v.<br><br><br>INTERNATIONAL ASSOCIATION OF<br>EMTs and PARAMEDICS<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.: 04-11736 PBS

### DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant hereby move this Honorable Court for an order granting it summary judgment against plaintiff, American Medical Response of Massachusetts, Inc. Defendant make this motion on the grounds that the evidence of record, the accompanying collective bargaining agreement and arbitrator's award, demonstrates that there is no issue of material fact and that the defendant is entitled to summary judgment as a matter of law. The grounds for this motion and the applicable law are fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,
International Association of
EMTs and Paramedics
By its Attorney

/s/ Timothy G.Bailey
T_____
(BBO#560308)
International Association of EMTs and Paramedics
159 Burgin Parkway
Quincy, MA 02169
(617) 376-0220

Dated:  February 21, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Timothy G. Bailey, Esq., counsel for the International Association of EMTs and Paramedics, 159 Burgin Parkway, Quincy, MA 02169, do hereby certify that on this 21st day of February 2006, I served a copy of the defendant's Motion for Summary Judgment on Paul J. Murphy, Esq., Menard, Murphy & Walsh, LLP, 60 State St., 34th Floor, Boston, MA 02109, by first class mail, postage pre-paid.

Signed under the pains and penalty of perjury this    21st    day of February 2006.


s/<u>Timothy G. Bailey, Esq.                    </u>
Timothy G. Bailey, Esq.