UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, <br><br> Defendant. | CIVIL ACTION NO. 04-11736-PBS |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### (ORAL AGRUMENT REQUESTED)

Pursuant to Fed. R. Civ. P. 56 and LR, D. Mass. 56.1, plaintiff American Medical Response of Massachusetts, Inc. ("AMR") hereby moves this Court to enter an order granting it summary judgment on its Complaint, dated August 6, 2004, whereby AMR seeks to vacate the Award of the Arbitrator, dated May 13, 2004 (the "Award"), entered in a labor arbitration between AMR and defendant International Association of EMT's & Paramedics, Local 1 (the "Union"), on the grounds the Award is in manifest disregard of federal law as set forth in Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, *et seq.*, and enforcement of the Award would violate the federal public policy against sexual harassment embodied in Title VII.

As grounds for its Motion, AMR states that there is no genuine issue as to any material fact, and it is entitled to judgment as a matter of law on its Complaint to vacate the Award.

Plaintiff's Memorandum in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Undisputed Facts Pursuant to LR, D. Mass. 56.1 and Plaintiff's List of Evidence in Support of Plaintiff's Motion for Summary Judgment are filed herewith.

WHEREFORE, AMR requests that this Court:

1. Grant it summary judgment on the Complaint and vacate the Award;

2. Enter judgment on its behalf and against the Union on the Complaint and vacate the Award; and

3. Grant AMR such other relief as this Court deems just and appropriate.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to LR, D. Mass. 7.1(D), AMR requests oral argument on this Motion.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE
OF MASSACHUSETTS, INC.,

By its attorneys,

/s/ Kevin P. Sweeney
Paul J. Murphy, BBO No. 363490
Kevin P. Sweeney, BBO No. 548761
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109
(617) 832-2500

Dated: February 21, 2006

- 3 -

## CERTIFICATION PURSUANT TO LR, D. MASS. 7.1(A)(2)

      Pursuant to LR, D. Mass. 7.1(A)(2), I, Kevin P. Sweeney, attorney for plaintiff American Medical Response of Massachusetts, Inc., hereby certify that on February 17, 2006, I spoke with Timothy G. Bailey, attorney for defendant International Association of Emergency EMT's & Paramedics, Local 1, by telephone in a good faith effort to resolve or narrow the issues in Plaintiff's Motion for Summary Judgment. In that telephone conversation, we were unable to resolve or narrow the issues that are the subject of this Motion.

/s/Kevin P. Sweeney
Kevin P. Sweeney

G:\B\BELLENGHI\PLEADINGS\plaintiff's motion for summary judgment (oral argument requested).doc