UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 04-11736-PBS |
| INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S LIST OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

A.    Complaint, dated August 6, 2004

B.    Defendant's Answer, dated October 5, 2004

C.    Award of the Arbitrator, dated May 13, 2004

D.    Agreement Between American Medical Response, Inc. and Local 1 International Association of EMT's & Paramedics NAGE, AFL-CIO.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE
OF MASSACHUSETTS, INC.,

By its attorneys,

/s/ Kevin P. Sweeney
Paul J. Murphy, BBO No. 363490
Kevin P. Sweeney, BBO No. 548761
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109
(617) 832-2500

Dated:  February 21, 2006

G:\B\BELLENGHI\PLEADINGS\plaintiff's list of evidence in support of msj.doc