UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE )<br>OF MASSACHUSETTS, INC.  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>INTERNATIONAL ASSOCIATION OF  )<br>EMTs and PARAMEDICS  )<br>    Defendant.  ) | CIVIL ACTION NO.: 04-11736 PBS |

## CERTIFICATION PURSUANT TO LR, D. MASS. 7.1(A)(2)

Pursuant to LR, D. Mass. 7.1(A)(2), I, Timothy G. Bailey, counsel for defendant International Association of EMT's and Paramedics, Local 1, do hereby certify that on February 17, 2006, I spoke with Kevin Sweeney, attorney for plaintiff American Medical Response of Massachusetts, by telephone in a good faith effort to resolve or narrow the issues in defendant's Motion for Summary Judgment. In that telephone conversation, we were unable to resolve or narrow the issues that are the subject of this Motion.

                                          Respectfully submitted,
                                          International Association of
                                          EMTs and Paramedics
                                          By its Attorney

                                          /s Timothy G. Bailey
                                          Timothy G. Bailey
                                          (BBO#560308)
                                          International Association of EMTs and Paramedics
                                          159 Burgin Parkway
                                          Quincy, MA 02169
                                          (617) 376-0220

Dated: February 21, 2006

CERTIFICATE OF SERVICE

I, Timothy G. Bailey, Esq., counsel for the International Association of EMTs and Paramedics, 159 Burgin Parkway, Quincy, MA 02169, do hereby certify that on this 21st day of February 2006, I served a copy of the defendant's Certification on Paul J. Murphy, Esq., Menard, Murphy & Walsh, LLP, 60 State St., 34th Floor, Boston, MA 02109, by first class mail, postage pre-paid.

Signed under the pains and penalty of perjury this   21st   day of February 2006.

                                              s/Timothy G. Bailey, Esq.
                                              Timothy G. Bailey, Esq.