# AGREEMENT BETWEEN

# AMERICAN MEDICAL RESPONSE, INC.

# AND

## Local 1 International Association Of EMT's & Paramedics NAGE, AFL-CIO

Worcester, MA East through Boston, Northeast and Southeast MA, Rhode Island, New Hampshire and Maine.

**Effective July 06, 2000 Through July 05, 2003**

## PREAMBLE

This Agreement made and entered into as of the 6th day of July, 2000 by and between American Medical Response of Massachusetts, Inc., hereinafter called the "Employer", and the International Association of EMTs & Paramedics, NAGE (AFL-CIO), hereinafter called the "Union".

It is the purpose of this Agreement to achieve and maintain harmonious relations between the Employer and the Union, to provide for the equitable and peaceful adjustment of differences which may arise, and to establish proper standards of wages, hours and other conditions of employment in accordance with the National Labor Relations Act.

Both the Employer and the Union recognize that the delivery of Employer services in the most efficient, effective and courteous manner is of paramount importance to the Employer and its employees. Such achievement is recognized to be a mutual obligation of the parties of this Agreement within their respective roles and responsibilities.

## ARTICLE 1 – UNION RECOGNITION AND DEFINITIONS

***1.1 Scope of this Agreement*** – The Employer recognizes the Union as the exclusive bargaining representative for the purpose of collective bargaining for all full-time and part-time emergency medical technicians (EMTs) and paramedics (including field trainers and lead technicians), cardiac technicians, intermediates, telecommunications operators, dispatchers, and wheelchair car drivers, including employees who regularly average 4 or more hours of work per week, employed by American Medical Response of Massachusetts, Inc.

***1.1.1   Unit Exclusions*** – Excluded from this Agreement are all other employees, including but not limited to, buildings and ground employees, maintenance employees, office clerical employees, professional employees, guards, managerial employees, all Supervisors as defined in the Act. and all employees of Commonwealth Ambulance Service, Inc. which ambulance service has a collective bargaining agreement with OPEIU, Local #6.

***1.1.2   Unit Displacement*** – The Employer agrees not to displace its existing bargaining unit employees by hiring other employees to replace them unless so condoned by this Agreement.

***1.1.3   Alternative Staffing Sources*** – The Employer may use non-bargaining unit personnel to perform work covered by the Agreement when operationally unavoidable.

***1.2    Employee Classifications and Categories:***

    ***1.2.1   Regular Full-Time Employee*** – Employees regularly scheduled to work an average of 40 hours per week per pay period (biweekly).

    ***1.2.2   Regular Part-Time Employee*** – Employees assigned and scheduled to work less than forty (40) hours per week per pay period.

    ***1.2.3   Per-Diem Employee*** - Employees who are qualified to work but do not work regularly scheduled hours. These employees must work a minimum of one (1) shift per every two (2) pay periods or they will be separated from employment with American Medical Response.

    ***1.2.4   Probationary Period*** - A probationary employee may be disciplined or discharged at the discretion of the Employer without recourse under this Agreement. In the event a probationary employee is retained after the six (6) months' probationary period, the date of hire shall be considered the anniversary date of employment, and the employee shall be covered by all provisions of this Agreement, subject to any time limitations contained therein.

***1.3 Accretion***

The Employer shall recognize the union as the exclusive representative of employees employed by companies purchased or merged with the Employer where said employees were at the time of purchase or merger represented by the International Association of EMTs and Paramedics, NAGE (AFL-CIO). Said employees shall be covered under the terms of this Agreement.

The seniority of employees so acquired by the Employer may be integrated into the applicable seniority list under this Agreement on a basis determined by the Union and on a list provided to the Employer by the Union. In those situations where integration occurs, such seniority list(s) shall be signed by a representative of the Union and the seniority date of individual employees on such integrated seniority lists shall be accepted as correct by the Union and the Employer and shall not be subject to challenge through the grievance procedure provided in this Agreement.

## ARTICLE 2- UNION MEMBERSHIP/SECURITY

**2.1 Union Membership -** All employees on the active payroll as of the effective date of this Agreement and who fall into the categories and classifications listed in Article 1 of this Agreement and all future employees hired by the Employer in these same classifications shall become members of the Union on the thirty first (31st) day following the beginning of their employment or date of execution of this Agreement, whichever is later, and shall thereafter maintain their membership in the Union in good standing as a condition of continued employment.

Employees who fail to pay the money required by the Union, and employees who are required to join the Union and fail to do so shall, upon written request to the Employer from the Union, will be terminated.

**2.1.1   New Employee Notice -** The Employer shall notify the Union of any new hire employee(s) within twenty-one (21) days of the employment start date.

**2.1.2   Terminated Member Notice -** The Employer shall notify the Union within seven (7) days of the final day worked of any Union member who leaves employment voluntarily, provided that the Employer has been notified by the Union that the Employee is a member in good standing with the Union.

**2.1.3   Union Dues Deduction -** Upon receipt of an individual, voluntary, written and unrevoked check-off authorization from the employee, the Employer will deduct from the pay of such employee during each pay period a sum equal to that employee's Union bi-weekly membership dues which fell due during the immediately preceding pay period provided the employee has regularly worked an average of four (4) hours per week. The Employer agrees to promptly remit the sums deducted under this paragraph to the Union.

The written authorization for all deductions shall remain in full force and effect during the term of this Agreement and may be revoked only by written notice given during the period thirty (30) days immediately preceding the annual anniversary date of this Agreement. The revocation notice must be given to the Employer and the Employer will forward a copy to the Union.

Employees who do not sign written authorizations for deduction of dues must adhere to the same payment procedure by making payments directly to the Union. Such payments shall be either dues or "fair share" payments in lieu of dues. Payment of either dues or a "fair share" payment in lieu of dues shall be a condition of employment.

The Employer shall be relieved of making such deductions upon a.) termination of employment, b.) transfer to a job other than one covered by the bargaining unit, c.) layoff from work, d.) an agreed leave of absence, or e.) revocation of the check-off authorization in accordance with its terms. Notwithstanding any of the foregoing, upon return of the Employee to work from any of the foregoing enumerated absences, the Employer will immediately resume the obligation of making said deductions, except that deductions for terminated employees shall be governed by paragraph 2.1.2 above.

Upon the effective date of this agreement and subject to the provisions of paragraph 2.1 above, the Employer shall deduct from the wages of each employee covered by this agreement a sum not to exceed twenty cents ($0.20) per week for a political education fund fee and transmit the amount to the Union.

It is understood the said political education fund fee will be processed as an increment to the applicable amount of union dues normally deducted from an employee's wages; it is further understood that the Union shall reimburse the Employer for any reasonable and necessary administrative costs it incurs in collecting, processing and transmitting the political education fund fee to the Union. It shall be the responsibility of the union to account to its members for the expenditures of the political education fund fee and for its separation from Union dues.

An employee who objects to the political education fund fee may terminate his/her deduction by notifying his/her payroll clerk and the Union in writing within thirty (30) days of the effective date of this contract or pursuant to paragraph 2.1.3 above.

In no event shall the employer deduct any funds pursuant to this section prior to the receipt or an authorization card.

**2.1.4   Indemnification -** The Union shall indemnify and save the Employer harmless against all claims, demands, actions, or other liabilities that may be made against or incurred by it arising from or by reason of any action or inaction by the Employer in carrying out the provision of this Section 2.1.

The foregoing provisions shall be subject to applicable provisions of Federal and State Laws.

The Employer agrees to furnish the Union each month with the names of all employees covered by this Agreement, including newly hired employees, their addresses, classifications of work, classification of employees, dates of hire and names of terminated employees and dates of termination, names of employees on leave of absence, names of employees on layoff and any changes in address for existing employees which the Employer becomes knowledgeable of.

**2.1.5 EMT Trainees** - Management reserves the right to establish positions which are considered to be a "trainee level" for the express purpose of recruitment of new staff. Such employees will not become dues paying members of the bargaining unit until such time as they have successfully completed and passed all State certification requirements and have worked a minimum of sixty (60) working days as a full time EMT. In addition, employees holding such status will be required to serve a six (6) month probationary period from the date of appointment to a full time EMT position. Employees who are not offered full time employment or who are discharged during their trainee status or their initial probationary period shall have no recourse under this Agreement.

Due to the special nature of the trainee status, the Union and Management agree that management can institute an educational fee reimbursement contract with said trainees based on the following prorated formula:

1. Trainees who are offered and accept full time employment and chose to voluntarily leave in the first or second month will be required to reimburse the company 75% of the costs associated with their training.
2. Trainees who are offered and accept full time employment and chose to voluntarily leave in the third or fourth month will be required to reimburse the company 50% of the costs associated with their training.
3. Trainees who are offered and accept full time employment and chose to voluntarily leave in the fifth or six month will be required to reimburse the Company 25% of the costs associated with their training.

## ARTICLE 3- UNION RIGHTS

**3.1 Union Representatives/Stewards** - The Employer recognizes the right of the Union to designate Union Representatives or Stewards. The number of Stewards will be limited to one Steward and one alternate per shift per work site. The Union agrees to notify the Employer in writing within seven (7) days of any changes to such designation. The authority of the Union Steward shall be limited to, and shall not exceed, the following duties and responsibilities:

**3.1.1   Grievances** - The investigation and presentation of individual grievances with the Employer or the designated Employer representative in accordance with the provisions of this Agreement, provided it does not interfere with the Employer's operations as determined by the Employer. Grievances involving more than one employee shall be processed in accordance with Article 16.

**3.1.2   Information** - The transmission of such messages and information which originate with and are authorized by an officer of the Union, provided such messages and information have been reduced to writing, or are of a routine nature and do not involve, encourage or condone work stoppages, slowdowns, refusal to handle assignments, or any other interference with the Employer's operations. all written notices shall be posted only on the designated bulletin board provided in Section 3.1.3. Proper notices of interest to employees, pertaining to Union affairs, may be disseminated through the Employer's fax system provided such material emanates from an IAEP office.

**3.1.3   Bulletin Boards** - The Union Representative or Steward shall have additional duty, responsibility and obligation to post proper notices of interest to employees pertaining to Union affairs if said notices are printed on Union letterhead stationery, are appropriate to the interests of the continuance of the Employer's business and are posted in the Employer provided designated bulletin board. The Employer and the Union recognize the Employer's right to remove posted material which is derogatory or damaging to the Employer's business or industry.

**3.2 Union Investigation** - A Union representative may, by appointment with the Employer, and in conjunction with a presented Grievance from an employee, make an investigation of the conditions under which the employees of the Employer are working, including crew quarters, or any other condition of employment, and including applicable trip reports and payroll records. All such access shall be accorded only in the presence of a management representative of the Employer.

**3.3 Release Time** - A Union representative properly designated in accordance with the provisions herein upon presentation of proper advance notice to their supervisor shall be allowed reasonable release time during their regular work hours without loss of pay or benefits. The Employer shall provide specific forms, (identified as Union Release Forms) for union stewards and representatives. These forms will specify the reason, length of time requested and approval signature areas are to be used each and every time by union designees who are seeking release time from their daily functions to perform investigations or presentations of grievances and for mutually scheduled meetings with the Employer

for the resolution of disputes arising from this agreement. All specific release times will be subject to Employer's approval and may be canceled if operational needs warrant cancellation.

**3.4 Steward Pay** - In no event are Union Stewards entitled to be paid by the Employer during time they spend acting in the capacity of Union Representative or Steward outside their normal scheduled work hours, unless the Union Representative or Steward has been asked to hold over their shift or come in outside their normal scheduled hours by the Employer to perform the regular duties within their job classification.

## ARTICLE 4- MANAGEMENT RIGHTS

**4.1** - All rights, powers, and authority the Employer had prior to entering the collective bargaining agreement are retained by the Employer, except as expressly and specifically abridged, by the expressed provisions of this Agreement. The following rights of the Employer are not all inclusive but, indicate some of the matters or rights which belong to and are inherent to the Employer in its capacity as management.

**4.2** - The management of the Employer's business and the direction of the working force including the right to hire, assign, suspend, transfer, promote, discharge or discipline for just cause, and to maintain discipline and efficiency of its employees and the right to relieve employees from duty because of lack of work or for other reasonable reasons determined by the Employer, the right to determine the extent to which the business shall be operated and to change methods or processes, or to use new equipment, the right to establish schedules of service, to introduce new or improved services, products, methods or facilities and to extend, limit, curtail or close its operations, the right to establish and assign job duties, and the right to establish, eliminate or combine job classifications is vested exclusively in the Employer. The above statement of management functions shall not be deemed to exclude other functions not herein listed. In no case shall the exercise of the above prerogatives be in derogation of the express terms and conditions of this Agreement; provided however, nothing in this Agreement is intended to, or is to be construed in any way to interfere with the recognized prerogative of the Employer to manage and control the business.

**4.3** - In addition, the Employer, due to the nature of the services it provides, must, without qualification, continue to have the right to establish, delete and modify policies and practices, particularly including but not limited to those relating to safety, security, discipline, and control.

**4.4** - The Employer is bound to response time commitments and reserves the right to amend the unit deployment and staffing plans as necessary to insure financial and contractual obligations and will notify the Union prior to the change. Upon written request by the Union, the Employer shall meet with the Union to discuss the impact of its System Status Management actions on the employees. The decision to make such changes shall not (except with respect to seniority and shift bidding) be negotiable or grounds for a grievance. If the parties are unable to reach an agreement over the impact of the changes on the employees, within a fourteen (14) day period, the Employer shall have the right to implement these changes, and the resulting impact of these changes upon the expiration of the fourteen (14) day period without further consultation with the Union. Prior notice shall not be required if a change is made to meet emergency conditions, but in no case shall a change to meet emergency conditions be continued more than twenty-one (21) days without the required notice. Employees shall be scheduled as deemed necessary by the Employer in its sole judgment to meet the System Status Management plan.

**4.5** - If the Employer fails to exercise any one or more of the above rights, powers or authority from time to time, this will not be deemed a waiver of the Employer's right to exercise any or all of such rights, powers or authority in the future.

## ARTICLE 5-    EQUAL EMPLOYMENT OPPORTUNITY AND NON-DISCRIMINATION

**5.1 Gender Intent** - Whenever words denoting a specific gender are used in this Agreement, they are intended and shall be construed so as to apply equally to either gender.

**5.2 Non-Discrimination** - The Employer and the Union agree that neither party shall discriminate against any person because of race, color, sex, religion, age, disability, national origin, Citizenship, Vietnam era veteran status, sexual preference or any other status applicable by Federal, State or local law (s).

The Employer and the Union further agree that the Employer has the right to enter into any agreement or practice modifying the terms of this Agreement, which is necessary to comply with Title VII of the Civil Rights Act of 1964, as amended, the American With Disabilities Act 1990, the Family and Medical Leave Act of 1993 Section 1981 of the Civil Rights Act of 1866 or any other Federal, state or local law, rule, or regulation relating to equal employment opportunity, the environment or health and safety. In particular, the Employer maintains this right in relation to providing reasonable accommodations to individuals with disabilities as required under respective law.

*5.2.1    Arbitration/Litigation Waiver* - Any claim, complaint, or charge that Section 5.2 has been violated shall be timely filed with the appropriate administrative agency and/or court of law or the cause of action shall be waived. If an employee has filed a lawsuit, complaint, or charge with any local, state, or federal agency, then any related allegations as to possible violations of Section 5.2 shall not be subject to the grievance and arbitration procedures set forth in the Agreement. If the employee has not taken such action, then a grievance may be filed based upon alleged violations of Section 5.2, if filed timely under this Agreement. The parties acknowledge that the right to file such a grievance is granted to help ensure a more satisfactory and timely resolution of employment concerns, and that this right is offered in lieu of the right to litigate or file such actions with the appropriate governmental agencies. If an employee elects to file such a grievance rather than resort to legal remedies under various statues, the employees involved and the Union shall so indicate at the time the grievance is to be referred to arbitration under this Agreement by signing a written waiver of the right to file the same or related complaint with any governmental agency, or in the form of private lawsuit. Failure to sign such a waiver shall make the grievance null and void.

## ARTICLE 6- HOURS OF WORK

*6.1 Work Schedules* - Based on the needs of the operation, the Employer has the right to determine, establish, and change work schedules, including starting times, lengths or types or shifts, and the mix of different types of shifts. The union will be given two (2) weeks notice of major shift changes whenever possible.

*6.2 Workweek* - The workweek shall be defined as beginning 12:01 A.M. on Saturday morning and ending at midnight on the following Friday. Payroll is issued bi-weekly. All employees hired after the signing date of this contract are required to participate in the Direct Deposit pay program in existence at the effective date of this Agreement. Employees hired prior to the signing date of this Agreement, may continue to be issued paychecks; however, the option of electronic deposit is available to all personnel. This electronic deposit of funds produces a check stub instead of an actual check at each pay period.

*6.3 Callback Pay* - Employees who are called in to work or called back to work from their homes to perform extra work shall be guaranteed a minimum of four (4) hours of work at the appropriate wage rate. Employees who are called back to work for the purpose of completing or participating in an investigation will receive a maximum of two (2) hours pay.

*6.4 Other Assigned Duties* - An employee who reports to work on their regularly scheduled shift and through no fault of his own is not assigned his regular duties shall be paid for all regular hours and overtime hours scheduled on that shift provided that said affected employee agrees to work such hours and perform duties not normally a function of the employee's classification for which he is reasonably qualified to perform. Failure to agree to such work assignment will result in no compensation.

*6.5 Injured on Duty Pay* - Employees who are injured on the job shall be paid for completion of that work day's regularly scheduled shift at the employee's regular rate of pay. If, following such injury, the employee is medically released to return to work on the same shift on which the injury occurred and fails to do so, the employee will receive pay only up to the time of the injury.

*6.6 Breaks* - The Employer will make reasonable effort to accommodate meal and rest periods. However, the observance of such periods shall be subject to the needs of the operation.

*6.7    Time Identification Systems* - Management reserves the right to implement, change or modify any and all practices of recording employees work time as it deems necessary. This includes but is not limited to the installation of recording devices such as time clocks, swipe cards, voice identification or any other mechanism that management believes will enhance the efficiency and accuracy of reporting such time. Any changes made pursuant to this section are subject to the requirements of Article 21(I).

## ARTICLE 7-OVERTIME

*7.1* -  All employees shall be compensated at a rate of one and one-half times their regular rate of pay for all hours actually worked in excess of forty (40) hours in one week. There shall be no pyramiding of overtime.

*7.2 Overtime Assignment*

   *7.2.1    Unanticipated Need* - It is understood that overtime may at any time be assigned by the Employer based on the needs of the operation. The Employer will maintain a list of employees by classification seniority. Overtime will be assigned in rotation starting from the bottom of the list to the top (most senior employee) before it restarts at the bottom. The list will not be reset until each employee has in turn, been assigned an overtime assignment.

***7.2.2  Sudden Need*** - Employees already at work or scheduled to report, may be required to work a period of time contiguous with their scheduled shift (holdover or early start), as determined by the Employer to ensure shift coverage because of unanticipated developments resulting in the sudden need. No holdover or early start shall exceed (2) hours unless dictated by operational need. The employer agrees to continue to use its best efforts to seek other employees for relief so that sudden need overtime can be kept to a minimum.

***7.2.3  Schedule Vacancies*** - The Company shall assign employees to schedule vacancies according to its operational and fiscal goals. Consequently, vacancies shall be filled in such a manner as to avoid overtime expense, including through the use of part-time and per diem staff.

Employees interested in filling vacancies may contact the Scheduling Department during the prescribed time period relative to the employee's status (i.e. Full-Time, Part-Time or Per Diem). Part-Time and Per Diem employees will be assigned by seniority to vacancies (those not yet filled by the Shift Bid Process) at straight time rate prior to use of Full-Time employees at the overtime rate. The following outlines the process for the "Availability Call-In" and "Assignment Call In".

"Availability Call-In" for Per Diem and Part-Time employees shall occur on Monday between the hours of 8:00 AM & 4:00 PM. These employees shall call in during this period and indicate location, days and hours of availability

- Step I Overtime – "Availability Call-In" for Full-Time employees shall occur on Monday between the hours of 12:00 PM & 4:00 PM and Tuesday between the hours of 8:00 AM & 12:00 Noon. These employees shall call in during this period and indicate location, days and hours of availability.
- Two available staff rosters – one for Full-Time and another for Part-Time and Per Diem – will be developed in order of seniority.
- The Scheduler will begin with the Part-Time/Per Diem roster. The scheduler will assign one (1) shift per individual on the roster until the list is exhausted or all shifts are assigned.
- If any shift(s) remain, the scheduler will assign one (1) additional shift per individual on the roster until the list is exhausted or all shifts are assigned.
- The Scheduler will then proceed to the Full-Time roster. The scheduler will assign one (1) shift per individual on the roster until the list is exhausted or all shifts are assigned. Any remaining shifts shall be considered "Step II Overtime".
- It is the responsibility of the employee to contact the scheduler to receive their respective assignment during the following "Assignment Call-In" periods:
    - Per Diem and Part-Time employees shall contact their respective scheduler Wednesday between the hours of 8:00 AM & 12:00 Noon
    - Full-Time employees shall contact their respective scheduler Wednesday between the hours of 12:00 Noon & 4:00 PM.
    - In the event that a holiday falls on a day normally scheduled for "Availability Call-In" or "Assignment Call-In", Management will post a call in schedule two weeks prior to the holiday.

If an employee is assigned to a requested shift during this assignment period, the employee must work the assigned shift. If an employee is not assigned an overtime shift during this period, the employee will be placed on the roster to be called for subsequent vacancies. In this case, the employee will not be required to work until such a shift is accepted by the employee.

The call-in roster will also be provided to Dispatch as a resource for filling Step II and Step III vacancies. No work that results in the payment of overtime shall knowingly be offered to part-time or per diem employees before it is first offered to full-time employees. This section shall not be a basis for any claim for overtime not worked.

***Step II Overtime*** – Step II overtime assignment will take place during the period beginning at the close of the "Assignment Call-In" period and ending three (3) hours prior to the start of the overtime shift. The call-in roster provided by the Scheduling Department will be used first for assigning overtime during this period. Employees will be contacted in order of seniority in each classification and based on the availability provided to the scheduler during the call-in period. The employees on the roster will be called and/or paged. If paged, the Company will page the employees on the call-in roster, by seniority classification and availability, in groups of ten (10). The employees paged will have 15 minutes to respond, and the overtime shift(s) shall be assigned, by seniority, to those employees who respond to the page within the 15-minute timeframe. Once the call-in roster is exhausted, the company will fill the shift by any means at its disposal. If the Company utilizes a group page to fill such shift, the shift shall be filled by seniority and classification from the employees who respond to the group page within 30 minutes.

*Step III Overtime* – Step III overtime assignment will be the period from (3) hours prior to the start of the overtime shift to the beginning of the shift. During this period, the Company will fill the shift by any means at its disposal. All practical efforts will be made to first contact employees based on the call-in roster provided by the Scheduling Department. If the Company utilizes a group page to fill such shift, the shift shall be filled by seniority and classification from the employees who respond to the group page within 15 minutes.

**7.3    *Determination of Overtime Need*** - The determination of overtime requirement shall rest with the Employer based on needs of operation.

**7.4    *Non-Bargaining Unit Personnel*** - Non-Bargaining Unit Personnel who hold the title Supervisor shall be eligible for overtime under this section using the length of service in their current classification for placement on the overtime list.

**7.5    *Special Details*** - For situations where crews are needed for specific details, i.e. sporting events, etc., or where special skills are required, separate posting notices will be utilized.

## ARTICLE 8- SENIORITY

**8.1    *Seniority*** - The Employer shall recognize Company seniority as the employee's most recent date of hire on record as of the date of this Agreement. This recorded date of hire shall be for compensated service in a Bargaining Unit position. The Employer shall recognize Classification Seniority as the employee's most recent date of hire, promotion or status change into a position within a given classification. Employees covered by this Agreement on the date of ratification shall maintain their current Company and Classification seniority. Employees employed or promoted after the date of ratification of this Agreement shall have their date of hire or promotion into a Bargaining Unit position establish their Company and/or Classification seniority date (s) as applicable. Status change shall be defined as movement into or between Full Time, Part Time and Per Diem employment status.

**8.1.1    *Part Time/Per Diem Seniority*** - Employees on part time/per diem status shall accrue seniority on a per hour basis for all time spent in such part time status on a prorated basis of a full time (i.e. 40 hour week) employee.

**8.1.2    *Seniority Continuance*** - Any employee who transfers from a position within the Bargaining Unit to a non-Bargaining Unit position with the Employer, and then transfers back to a position within the Bargaining Unit, shall have Company seniority frozen from the date of transfer to a non-Bargaining Unit position. Upon return to a Bargaining Unit position said employee shall have Company seniority restored, excepting for the time served in a non-Bargaining Unit position. Any employee occupying a non-Bargaining Unit position for a period of eighteen (18) consecutive months or more shall lose all prior seniority and upon return to a Bargaining Unit position shall have their Company Seniority date commence upon their return to a Bargaining Unit position.

**8.2    *Seniority Discontinuation*** - An employee's Company and Classification seniority shall be broken so that no prior period of employment shall be counted and all seniority shall cease upon:

1. Discharge for Just Cause
2. Separation from the Company

**8.3    *Seniority Lists*** - Each calendar quarter, the Employer shall post one (1) seniority list of all regular full-time employees covered by this Agreement, and one (1) seniority list of all regular part-time/per diem employees covered by this Agreement, both of which shall include each employee's most recent date of hire and classification seniority.

**8.3.1    *Personal Information*** - When informed of union membership status, the Employer agrees to keep the Union informed of changes in union members' addresses and telephone numbers of record with the Employer.

**8.4    *Promotions*** - The Employer adopts the principle of promotion from within, and existing employees shall be given preference over new hires, provided there exists an available employee who is qualified for the advancement or assignment.

## ARTICLE 9- WAGES

1. Employees shall be placed on the wage scale (Attachment B) based on their total years of experience in their current job classification. Years of experience shall include total years of service in the applicable classification industry wide. Employees with experience in their job classification prior to joining AMR, provided that the experience was exclusively with EMS services, shall have that experience credited for purposes of placement on the wage scale (Attachment B). Experience acquired with municipalities not devoted exclusively to EMS services will not be credited.

This shall apply for maintaining current bargaining unit employees wages as well as establishing wages for future hires.

2. Credit for service with employers other than AMR and credit for part-time and per diem service shall be determined as provided for in Attachment A.

3. Bargaining unit employees assigned to stations in Rhode Island, New Hampshire, and Maine shall be paid at the wages as set forth in the RI/NH/ME wage scale. Any bargaining unit member assigned to one of the foregoing stations who attains a Massachusetts credential (EMT, EMT-I, EMT-P) shall be placed on the Massachusetts wage scale on the corresponding step if it results in an increase in the employee's hourly wage.

4. Bargaining unit employees who change classification during the life of this agreement shall be placed at the step on the wage scale in their new classification that is closest to but not below their hourly wage at the time of the change, provided the new classification is higher. Bargaining unit employees who move to a lower classification shall be allowed to count years in the higher classification in determining the appropriate step on the wage scale.

5. Employees shall progress through the wage scale as set forth in Attachment A.

6. The Union by virtue of this Article shall indemnify and hold the Employer harmless against all recovery of damages, claims, demands, actions or other liabilities, including, but not limited to, all attorney fees including the Employees that may be made against or incurred by it arising from or by reason of any action or inaction by the Employee in carrying out the provisions of this Article.

*9.2    Part Time / Per Diem Pay Increase Process –*

The term "per diem" will also encompass regular part time employment status for the purposes of this article.

Each July 6th will mark a review of all per diem employees for a potential step increase.

For all per diem employees who have accrued one thousand and forty (1040) hours for the previous twelve (12) month period (July 7 through July 6) a one (1) step increase shall be provided.

For per diem employees who do not accrue one thousand and forty (1040) hours as described above, a one step increase shall be awarded no later than the subsequent July 6th of their employment with the company.

Further, employees who change their status from full time to per diem at multiple points throughout the course of employment will reset their pay increase date on the date that each change occurs. No combination of full time and per diem will be allowed or credited towards a pay step increase as described above.

### ARTICLE 10- PAID TIME OFF (PTO) AND HOLIDAYS

**10.1    Paid Time Off (PTO)** - All regular full-time employees covered by this Agreement who have been continuously employed by the Employer for one (1) year and upon completion of each subsequent years of service, shall be eligible for Paid Time Off (PTO). Such time may be used for personal time, vacation or sick time as the employee wishes.

**10.2** – All eligible Employees who are employed and have satisfactorily completed the probationary period or are employed after the signing of this Agreement shall have their PTO benefits computed based on the scale below. The following scale replaces all prior PTO benefits and Floating Holiday Schedules.

| Continuous Years of Full-Time Service Completed | PTO Benefit |
|---|---|
| **40 Hour Employee** | |
| 1 year | 80 hours |
| 2 through 4 years | 120 hours |
| 5 through 9 years | 160 hours |
| 10+ years | 200 hours |
| **42 Hour Employee** | |
| 1 year | 84 hours |
| 2 through 4 years | 126 hours |
| 5 through 9 years | 168 hours |

| | |
|---|---|
| 10+ years | 210 hours |
| | |
| **48 Hour Employee** ||
| 1 year | 96 hours |
| 2 through 4 years | 144 hours |
| 5 through 9 years | 192 hours |
| 10+ years | 240 hours |
| | |
| **56 Hour Employee** ||
| 1 year | 112 hours |
| 2 through 4 years | 168 hours |
| 5 through 9 years | 224 hours |
| 10+ years | 280 hours |

Upon completion of six (6) months of continuous service, an employee shall be advanced no more than twenty (20) hours of PTO from the one (1) year PTO accrual that may be utilized between the sixth and twelfth months of service.

If an employee does not complete twelve (12) months of continuous service, any unused portion of the twenty (20) hours advanced to them will not be paid out.

*10.2.1  PTO Use* - An employee may utilize accrued PTO on a daily basis provided the employee notifies the Employer at least two (2) hours prior to the start of the employee's shift.

Request for PTO use in excess of one (1) day but less than one (1) week must be submitted at least fourteen (14) days in advance of the intended usage date. Multiple requests for the same day off shall be approved in seniority order. PTO requests received with less than three (3) days notice shall be approved to the extent staffing requirements permit in the order such requests are received. Requests for PTO usage which is related to emergencies and other unexpected and unplanned events shall not be unreasonably denied by the Employer. Once an employee's request has been approved, it cannot be canceled for reasons other than operational necessity.

Excessive single day PTO usage in close succession and/or a regular pattern of single day PTO usage may be grounds for disciplinary action if such usage is not satisfactorily explained.

*10.2.2  PTO Week Use* - A PTO vacation week shall consist of seven (7) consecutive calendar days. Vacation pay benefits shall be computed at the employee's regular weekly pay.

*10.2.3  Vacation Scheduling* - Vacations of one (1) week or more shall be scheduled by seniority, provided that written requests have been submitted by November 30th of each year to the Scheduling Department for the following calendar year running from January 1st through December 31st. All requests received after November 30th shall be assigned by giving first priority to those who have submitted their requests first. The Employer may limit the number of employees on vacation during the same period of time, based on operational requirements. Requests for the period from Thanksgiving Day through New Year's Day each year are subject to operational needs. Vacations over two (2) weeks in length, or schedules calling for multiple employees in the same location on vacation for any week, are subject to operational needs.

*10.2.4  PTO Near Holidays* - PTO on holidays may be granted on a limited basis, based on operational needs. Seniority or date of request, in accordance with the provisions hereinabove, will be used to resolve any and all scheduling conflicts.

*10.2.5  PTO Accrual/Carry-Over* - All Employees will receive PTO accruals on each anniversary of full time employment. Employees must use or cash in all PTO time within eighteen months of the anniversary date it is accrued.

*10.2.6  PTO Pay At Termination* - After being continuously employed for one (1) year, an employee whose employment has been terminated and who has unused accrued PTO shall receive pay for such unused accrued PTO in addition to any other pay due in his final check. Employees whose services are terminated by the Employer shall be paid any final compensation within twenty-four (24) hours of termination.

*10.2.7  PTO Pay At Resignation* - Employees who resign from employment after their anniversary dates have passed will be paid any unused PTO pay benefits which were earned as of the employee's last anniversary date.

*10.2.8  PTO Pay In Lieu Of Time* - Employees must utilize/take 50% of their annual PTO time as time away from work. Employees may, at their option, choose to receive pay in lieu of time off annually for the remaining 50% of their annual PTO. Requests for such payment need to be received no later than thirty (30) days prior to the conclusion of the respective anniversary/calendar year. Employees who have a six month or longer record of no unscheduled PTO use

may, at their option, choose to receive pay in lieu of time off for 100% of their annual unused PTO. Requests for payments may be made in June and December of each year this agreement is in effect. Probationary employees are not eligible for Pay in Lieu of Time Off.

**10.3    *Holidays*** – The following days shall be considered paid holidays for the purpose of holiday pay. Employees employed at the date of the Agreement and who have received a greater number of scheduled holidays than listed below, will continue to receive such holidays than listed below, will continue to receive such holiday time. For employees who have previously been granted a floating holiday, such time is included in PTO Benefits and shall not be further calculated under this section.

| | |
|---|---|
| New Year's Day | Labor Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |
| Veterans' Day | President's Day |

**10.3.1    *Holiday use and compensation*** - Employees scheduled to work on a paid given holiday will be paid at the rate of pay in effect at the time the holiday is worked plus eight (8) additional hours paid at the straight time rate. If the holiday falls on an employee's regularly scheduled day off, the employee will have the day off and will be paid an additional eight (8) hours at the straight time rate of pay. In both these instances, the holiday pay will not be used for purposes of overtime calculation.

**10.3.2    *Holiday Pay Eligibility*** - To be eligible for holiday pay on a holiday that falls on an employee's regularly scheduled day off, the employee must work his regularly scheduled shift before and his regularly scheduled shift subsequent to the holiday.

**10.3.3** - The Employer and the Union agree that the nature of the Employer's business does not allow all employees to be granted every holiday off from work. If a holiday falls on an employee's regularly scheduled workday, the employee may be required to work his shift. If employees are going to be granted a holiday off from work, consideration will be given to seniority.

## ARTICLE 11- LEAVES OF ABSENCE (LOA's)

**11.1    *Voluntary, Non-Family and Medical Leave Act*** - All employees after successfully completing six (6) months of continuous employment are eligible to request a voluntary leave of absence. Requests must be made in writing to the employee's immediate Supervisor and state the reason for the leave request in order to be reviewed and considered by the Employer. The maximum allowable leave of absence for voluntary, Non-Family and Medical Leave Act reasons is six (6) weeks. Such a request is considered an excused absence from work without pay wherein the employee is responsible for the full insurance premium amount (100%) consistent with COBRA procedures. Employees who are granted voluntary, Non-Family and Medical Leave of Absence shall cease accruing service for seniority and benefit purposes during the leave. Employees who request and are granted voluntary, non-medical leaves of absence cannot be guaranteed a return to their formerly held position upon return from the leave. The Employer agrees to hold open the employees position for a period up to six (6) weeks. An employee who is granted a return to work after a voluntary, non-medical leave of absence and who fails to show up on the first day scheduled after the leave of absence shall be considered to have resigned.

**11.2    *Family and Medical*** - Employees may request a leave of absence under the provisions of the Family and Medical Leave Act of 1993 provided they meet all of the criteria required by the Act. In all cases, the employee should make a reasonable effort to provide the Employer with not less than 30 days notice of the intent and reason for the leave. The Employer shall have the right to request the Employee obtain medical opinions and certifications supporting the leave request. In all cases of leave under the provisions of the Family and Medical Leave Act of 1993, the employee shall be returned to their former or an equivalent position upon return from the leave. The Employer reserves the right to require that employees utilize available vacation benefit time in substitution for any part of the 12 week period required by the Act. Medical benefits for employees on Family and Medical leave will continue whereby employees will be required to pay their portions of all related health insurance premiums during leave or upon return to work. the Employer can require that 100% of health insurance premiums be repaid if the employee does not return to work.

The Employer reserves the right to require the employee submit to a physical examination and/or provide a physician's statement prior to returning to work.

An employee who does not return to work on the first day scheduled after a Family and Medical Leave, may be subject to discipline up to and including termination.