**11.3  Military** - Employees who enter active military service will automatically be granted a leave of absence without any loss of seniority. Reinstatement rights are governed by federal law and require that specific requirements be met. The Employer reserves the right to request verification details from any employee returning from a military leave of absence.

**11.4  Jury Service** - Employees who have completed ninety (90) days of service with the Employer, when serving on jury duty on days said Employees are normally scheduled to work, will be paid the difference between their regular rate for their normally scheduled hours and the amount of jury duty pay. The maximum jury duty pay which will be paid is a maximum of 120 hours. Proof of attendance will be required by the Employer prior to payment. An employee who is not required to provide jury duty services will be required to report to work for that period of time his services are not needed. If the employee is excused from his jury duty obligation and more than four hours remain in the employee's normally scheduled work day, the employee shall return to work.

The Employer and the Union agree and recognize that this Agreement does not supersede the statutory obligations of employers towards employees performing Juror service.

**11.5  Bereavement** - In the event of death in an employee's immediate family (defined as the employee's spouse, child, stepchild, parent, step-parent, mother-in-law, father-in-law, sister, brother, stepsister, stepbrother, grandparent, grandchild, brother-in-law and sister-in-law) funeral leave will be paid provided the employee is a full-time employee and has worked for the Employer for more than 90 days. Eligible employees will be paid up to three (3) consecutive scheduled shifts at the employee's regular rate of pay over the course of three (3) consecutive days.

Payment will be limited to those days on which the employee was scheduled to work, and the amount of pay will be limited to the actual number of hours which the employee was scheduled to work during the time missed. All bereavement pay will only be granted when an employee submits satisfactory evidence of the death and the relationship.

Time off without pay may be granted in cases of bereavement for individuals not included in the definition of the immediate family provided advance notice has been made to the respective Supervisor and operating conditions permit such an absence.

**11.6  Workers' Compensation Leave** - Employees who become ill or injured as a result of performance of their job responsibilities will be granted a leave of absence. This leave will not exceed the period of disability. Employees will be required to present verification from a medical doctor to be released from work. Prior to returning to work, employees must either present the Employer with a return to work release form completed and signed by a medical doctor or receive written clearance from a medical doctor provided by the Employer. The employee must also be able to meet job related fitness and ability requirements. The employer agrees to hold open the employee's position for a period up to six (6) weeks.

The Employer will continue to provide health benefits for employees on Workers' Compensation leave as long as the employee continues to pay any applicable contribution, up to a maximum of six (6) months.

Whenever feasible, the Employer intends to offer a modified-duty position to employees injured at work. Time worked in such a position will be paid at the straight time rate for the modified-duty position. The Employer shall make every effort to assign employees on modified duty to the nearest work location for which the employee was regularly assigned at the time of injury, if the Employer deems the workload to be sufficient at such location.

**11.7  Union Leave** — The Employer shall grant a leave of absence without pay or benefits, but with no loss of seniority, for a bargaining unit member to perform official duties on behalf of the union. An employee receiving leave under this section shall be assigned to a union office within the geographic area covered by this agreement. Said employee's duties shall relate primarily to the day-to-day functions of the local. The Employer may grant up to two additional leaves under this agreement. Permission for the two additional leaves shall not be unreasonably denied.

The Employer agrees to make reasonable efforts to employ the returning employee into a similar or like position following such a leave. The Employer does not guarantee reinstatement to the employee's prior shift. All leaves under this section must be renewed annually.

**11.8  Subpoenas** — Any employee subpoenaed to appear in an administrative or legal proceeding or to give a deposition in same, shall be granted time off without loss of pay or benefits, if the incident giving rise to the subpoena is work related.

The employee shall submit to the Employer any and all witness fees received for complying with such subpoena. Compensable time under this section shall include deposition or other proceeding and time spent with attorneys or the Employer's representatives in preparation for same.

No employee shall receive compensation under this section if he or she is an adverse party to the employer in the proceeding at hand.

An employee seeking time off under this section shall be given a reasonable amount of time to travel to and from the proceeding.

## ARTICLE 12- EMPLOYEE BENEFITS

***12.1    Insurance Benefits*** - The Employer will provide specific insurance benefit coverage. The Employer retains the right to change, alter and/or replace its coverage's, terms or provisions as it deems necessary. The Employer agrees that there will be no reduction in the level of benefits provided, except for those reductions in benefit levels voluntarily chosen by employees pursuant to a cafeteria-style benefit plan. Any and all disputes arising over payment of services provided pursuant to the plans offered shall not be subject to the grievance and arbitration process but shall be settled pursuant to the provisions of the benefit Plan document.

***12.2    Cafeteria-Style Benefits*** - The Employer introduced a "cafeteria-style" benefit plan in 1996 which will allowed all eligible employees to select levels of benefit coverage which are individually appropriate to each employee situation. The Employer pays an amount equal to 75% of the health plan premium (with the broadest geographical base) for group medical insurance protection for eligible, full-time employees. Employees who wish to be covered are responsible for the remaining cost of the premium related to the selected plan. Eligibility for full time employees begins on the first of the month after 30 days of employment.

***12.3    Life and Accidental Death and Dismemberment Insurance*** - The Employer pays the full premium (100%) for providing life and accidental death and dismemberment insurance for all full-time employees. Life Insurance becomes effective the first month after 30 days of full time employment.

***12.4    Short and Long Term Disability Insurance*** - The Employer pays the full premium (100%) for providing short and long term disability insurance for all full-time employees. These insurances become effective the first month after 30 days of employment of full time employment.

***12.5    Unemployment Insurance*** - Unemployment insurance is a coordinated federal/state program designed to provide economic security during temporary periods of unemployment for eligible individuals. Jobless benefits of this program are derived from payroll tax entirely paid for by the Employer and based on the employee's earnings.

***12.6    Workers' Compensation*** - Premiums for worker's compensation insurance are paid in full by the Employer and are based on rates established by the Bureau of Workers' Compensation depending upon the risk factors of the job. Employees who are injured in a job-related situation or illness must immediately notify their Supervisor.

***12.7    Employee Assistance Program (EAP)*** - The Employer recognizes that early recognition, intervention and treatment are important for successful rehabilitation and for reduced work, personal, family and social disruption. An Employee Assistance Program will be made available to all eligible employees through the "cafeteria-style" benefit program.

The Employer reserves the right to, in addition to any corrective action and with reasonable cause, refer an employee to the EAP for assessment and treatment.

***12.8    Employee Stock Purchase Plan*** – Should an Employee Stock Purchase Plan become available the Company agrees to enter into discussions with the Union for the purposes of potentially making such plan available to unionized employees.

***12.9    401K Plan*** - The Employer will provide a 401K Plan for eligible bargaining unit employees. The Employer will provide matching funds equal to 50% of the employee's contribution not to exceed 3% of the employee's compensation.

## ARTICLE 13- UNIFORMS

***Clothing and Equipment Responsibility*** - It shall be the responsibility of the employees to account for all such items issued to them, or to reimburse the Employer for misuse or loss of such items, or to obtain acceptable replacement except in cases of reported theft to local authorities. Reimbursement will be by payroll deduction. It is agreed to by the parties that the wages have been increased, in part, to compensate employees for the cost of maintaining their uniforms and the employees will, therefore, be responsible for cleaning and maintaining issued items of clothing. The Employer shall clean

uniforms contaminated in the course of employment by contact with biohazardous material. The Employer shall reissue employee uniforms for damage or normal wear.

**Uniform Provision** - All employees covered by this Agreement are required to wear the Employer's official uniform while on duty. Wearing uniforms while not on duty or performing non-Employer related business is prohibited. The Employer agrees to provide uniforms to ensure that employees consistently present a positive, professional image. The Employer agrees to provide inclement weather gear. Upon termination, all employees are required to return all company issued uniforms.

## ARTICLE 14- ACCIDENTS

*14.1    Equipment Damage* - An employee shall not be held financially liable for damage to Employer vehicles or property while in the performance of his normal duties. Reimbursement by an employee where required by the Employer shall be by payroll deduction.

*14.2    Accident Liability* - An employee shall not be held financially liable for an accident involving another party or parties which occurs while in the performance of his normal duties and the Employer shall settle or defend such accidents at its own expense, except within the restrictions set forth in Section 14.3 and 14.4 below.

*14.3    Accident Defense* - Court costs and attorney's fees incurred by an employee due to an accident covered in Section 14.3 and 14.2 of this Article shall be assumed by the Employer and in no way shall the employee be held liable for such costs, provided the employee was driving safely and in a legal manner within the scope of his normal duties and was in compliance with the Employer's rules and regulations and provided further that the Employer was given first opportunity to provide legal counsel.

*14.4    Accident Judgments* - All judgments against an employee as a direct result of an accident covered in Sections 14.1 and 14.2 of this Article shall be assumed by the Employer and in no way shall the employee be held financially liable for such judgments, provided the employee was driving safely and in a legal manner within the scope of his normal duties and was in compliance with the Employer's rules and regulations. The Employer shall not discriminate against an employee because he was involved in an accident which was not his fault.

## ARTICLE 15- DISCIPLINE AND DISCHARGE

*15.1    Discipline and Discharge* - The Employer shall neither discipline nor discharge any employee without just cause.

*15.2    Procedure* - The Employer and the Union recognize the concept of progressive discipline. The Employer shall follow progressive disciplinary procedures before discharging an employee. The Employer and the Union understand and agree that each individual case must be judged on its own merits. Serious or repeated offenses may call for discipline that is commensurate with the offense or total situation and not necessarily based upon the premise of progression.

*15.2.1 Warning Notices* - To be considered valid, warning notices must be issued within twenty (20) calendar days after the Employer became aware of the occurrence of the misconduct claimed by the Employer in such warning notice. The Employer may maintain such notices on file as part of the employee's employment history as follows:

| | |
|---|---|
| Verbal Warning – | 12 Months |
| Written Warning – | 18 Months |
| Suspension – | 24 Months |

*15.2.2 Discharge Notices* - Discharge must be by proper written notice to the employee affected, with a copy to the Union, within twenty (20) calendar days after the Employer becomes aware of the occurrence of the misconduct(s) claimed as the basis for the discharge.

## ARTICLE 16-   GRIEVANCE PROCEDURE AND ARBITRATION

*16.1 Grievance Procedure* - The purpose of this procedure is a timely adjustment of grievances by the Employer and the Union following prompt investigation and thorough discussion. In the event any grievance arises concerning the interpretation or application of any of the terms of this Agreement, and/or any dispute concerning wages, benefits and working conditions, such matters shall be adjusted according to the procedures and conditions set forth below. Employees should attempt to resolve problems informally with their immediate supervisor before resorting to the grievance procedure. Any agreement between the employee and the supervisor will be a non-precedent setting settlement

*Step One* - All grievances filed at the Step One level shall be sent by certified mail or via hand delivery to the Director of the area the act being grieved arose or to the Director of Human Resources Any grievance not forwarded in such a manner will not be deemed a grievance ripe for discussion under this Agreement. A grievance sent via certified mail shall be deemed timely if postmarked fifteen or fewer days from the date of the action being grieved.

The employee or the Union through its shop steward or field representative shall submit the grievance in writing to the appropriate department/division director within fifteen (15) calendar days of the occurrence giving rise to the grievance. The Director shall meet with the grievant and/or his/her representative within fifteen (15) calendar days and give his/her answer in writing within fifteen (15) calendar days after such discussion. In case of a discharge or suspension the grievance must be filed within fifteen (15) calendar days of the Union receiving notification of such discharge or suspension. Grievances resolved at this step shall not be precedent setting.

*Step Two* - If the procedure in Step One fails to resolve the grievance then, within fifteen (15) calendar days after the receipt of the Step One answer, the grievance shall be submitted to the Director of Human Resources, or his/her designee. The parties shall meet in an attempt to resolve the issue within fifteen (15) calendar days after such submission or at the next regularly scheduled Step Two meeting, if such there be, or by mutual agreement, the parties may submit the matter to some alternative non-binding dispute resolution procedure. The Director of Human Resources or his/her designee, shall respond, in writing, within fifteen (15) calendar days from the date of the meeting or alternative dispute resolution procedure. Disputes resolved at this level may be precedent setting if the parties mutually agree.

*Step Three* - In case of failure of the parties to settle the grievance at Step Two, the Union, in its sole discretion, may request that the grievance be referred to arbitration within fifteen (15) calendar days from the day of the Union's receipt of the Employer's Step Two response by filing a demand for arbitration with the American Arbitration Association at its Boston office. The arbitrator's decision shall be final and binding on the Employer, the Union, and the employee(s) involved. The cost of the arbitrator shall be borne equally by both parties. The arbitrator shall have no power to add to, subtract from, or otherwise modify any provision of this Agreement.

**16.2    *Time Limits*** - By mutual agreement between the Union and the Employer, the time limits of any step of the grievance procedure may be extended and this extension must be confirmed in writing within the specified time limits. In the event the Union fails to appeal the grievance to the next step of the procedure or either party fails to respond to the grievance within the time limits specified, the grievance shall be resolved on the basis of the opposing party's last stated position without setting precedent.

**16.3    *Participants*** - The Employer agrees that the grievant shall be allowed to participate in any and all steps of the dispute procedure. The parties agree to exercise their best efforts to arrange grievance meetings which accommodate the schedule of all participants.

**16.4    *Liability*** - Liability for back wages, time off accruals, or any other economic benefit, shall be limited to 180 days prior to the date a grievance is appealed by the Union to arbitration or to any other method or resolution mutually agreed to by the parties. Any time limit extension requested by the Employer and approved by the Union in writing shall extend the 180 day maximum liability period by an amount of days equal to such extension.

## ARTICLE 17- WORK STOPPAGES, STRIKES, LOCKOUTS, AND PICKETS

The Union and the Employer agree that it is absolutely necessary and essential that all work performed during the term of this Agreement be performed without delays, slowdowns or interruptions due to any labor disputes, whether or not arising under this Agreement. The Union agrees that during the life of this Agreement, neither it nor its officers, agents, representatives, employees, members and individuals represented by the Union will, for any reasons whatsoever, directly or indirectly, call, sanction, participate, encourage or engage in any work stoppage, strike, sympathy strike, safety strike, jurisdictional dispute, picketing, walk-out, slow-down, sit-down, the honoring of any picket line, the refusal to perform assigned work, or any other form of direct or indirect interference with the operation of the Employer's business. The Union further agrees that this clause shall specifically prohibit any of the aforementioned conduct for alleged or actual unfair labor practices. Such unfair or alleged unfair labor practices shall be handled exclusively through the procedures of the National Labor Relations Board.

**17.1    *Definition*** - The term "sympathy strike" shall be defined as any strike, work stoppage, picketing, slow-down, sit-down, refusal to perform assigned work, refusal to cross any picket line, whether established at any of the Employer's facilities or locations or any other property, and whether established by the Union and/or any other union or unions, or any other form of interference with the operation of the Employer's business, for any reason whatsoever.

**17.2    Picket Line(s)** - The Union agrees in the event that the Employer's facilities or any other facilities or properties at which the Employer may do business are picketed by another craft of union, the employees covered by this Agreement hereby waive their rights to honor such a picket line and agree to cross and work behind such a picket line in light of the emergency medical services American Medical Response provides. If such action would bring potential harm to either the employee and/or the patient in the considered, professional opinion of the employee, the employee shall contact the Employer after all attempts were made at the scene to receive assistance from law enforcement personnel.

**17.3    Notification** - If the Employer believes or contends that this Article has been violated by the Union, its officers, agents, representative, members or employees covered by this Agreement, the Employer shall notify the Union of same as soon as possible. The Union agrees to immediately take the following action upon notification: a.) inform the Employer in writing, within three days, that such action has not been sanctioned by the Union; and b.) circulate a written notice to all bargaining unit employees and members, on local Union letterhead, that their action is illegal and in violation of the contract and advise them to return to work immediately.

**17.4    Lockout** - The Employer agrees that, during the term of this Agreement, it will not lockout any of the employees covered by this Agreement.

**17.5    Discipline** - Employees who violate this Article are subject to discipline up to and including immediate termination of employment. The only issue which shall be arbitrable shall be whether the employee directly or indirectly called, sanctioned, participated in, encouraged or engaged in conduct prohibited by this Article.

## ARTICLE 18- HEALTH AND SAFETY

**18.1    Employee's Right to Refuse Unsafe Work** - No employee shall be required to work under hazardous conditions or with unsafe equipment which would be hazardous to his or her co-workers and/or patient's health and safety. Employees who become aware of hazardous conditions and/or unsafe equipment must notify the on-duty supervisor as soon as possible. Employees who violate Company safety rules and regulations may be subject to disciplinary action up to and including termination. No employee will be subject to the discipline for reporting a health or safety problem or situation.

**18.2    Driver Exclusion** - Employees who are excluded from driving company vehicles by the Employer's Insurance Carrier or by the Employer's Driving Record Standards contained in the following section below, shall be subject to appropriate disciplinary action, up to and including termination. All drivers shall be solely responsible to remain properly certified and/or licensed according to state requirements to drive ambulances and/or chair cars.

**18.3    Driving Record Standards** - Drivers will not be acceptable to the Employer to drive Company vehicles if their MVR or Employer loss records reveal convictions for any of the following reasons within a rolling 36-month time frame:

1. Driving under the influence of alcohol, illegal drugs and/or prescription medicine that inhibits your ability to operate a motor vehicle.
2. Hit and run or leaving the scene of an accident.
3. More than two (2) serious moving violations.
4. Driving while license is suspended.
5. Reckless driving.
6. Conviction of a felony involving a motor vehicle.

## ARTICLE 19-SEXUAL HARASSMENT

The Union and the Employer agree that sexual harassment is a form of misconduct which undermines the integrity of the employment relationship and cannot be tolerated in the workplace. Any conduct, whether committed by employees or Supervisory personnel, which falls within the definition of sexual harassment as defined in the Equal Employment Opportunity Commission standards is prohibited and will be investigated fully in accordance with the Sexual Harassment policy and procedure. Any employee found to have engaged in sexual harassment will be subject to discipline up to and including immediate termination.

## ARTICLE 20- ADMINISTRATIVE LEAVE

Employees shall be placed on Administrative Leave without pay under the following circumstances:

1.    Whenever clinical privileges are suspended by the Medical Director, during the course of the investigative/administrative process of inquiry conducted by the Medical Director.

2.  Under any circumstance when an employee is relieved of duty pending an investigative-administrative process, until completion of the investigative-administrative process.

3.  The employer shall use its best effort to expedite the investigative/administrative proceedings for all employees on unpaid administrative leave.

The Employer shall restore pay if the investigative process results in a determination that the employee was without fault. If the investigation should exceed ten (10) days and the employee is without pay, he or she may utilize Paid Time Off (PTO) during this period.

## ARTICLE 21- MISCELLANEOUS PROVISIONS

**A.** - Company telephones are not to be used for personal use except in an emergency situation. Telephones are to be used for incoming calls and as a means of direct communications with dispatch. All telephone lines in dispatch are recorded.

**B.** - All employees are to notify the Human Resources Department of any changes in address, telephone number or name on the appropriate form as soon as possible. Copies of all up-to-date certifications must be sent to the Human Resources Department prior to expiration of current certifications.

**C.** - The Employer shall maintain liability insurance which covers employees covered by this Agreement when they are performing bargaining unit work or acting on behalf of the Employer.

**D.** - Employees are prohibited from accepting gifts or entertainment of any value, directly or indirectly, from vendors, patients, customers, legislators and regulators.

**E.** - All official records relating to each employee shall be kept in one (1) personnel file for each employee. Employees shall be provided access to their personnel file in the Human Resources Department. Employees shall be allowed to respond in writing to items in their own personnel file. The Employer agrees to reasonably respond to employee requests for copies of items from an individual personnel file or the file itself.

**F.** - There shall be no smoking in Company buildings or in Company vehicles except in designated areas.

**G.** - The Union recognizes the Employer's right to determine, establish, delete or eliminate and change rules and regulations at any time it is operationally necessary, provided such rules and regulations shall not conflict with the terms of this Agreement or the rights and/or obligations of the parties under the Act.

**H.** - The Union and the Employer agree that the Employer has the right to establish and maintain reasonable standards concerning personal grooming and appearance and the wearing of uniforms and accessories.

**I. - Rule Procedures -** Rules shall be in writing, and a copy shall be sent prior to the implementation of any rule(s) and procedure(s) to the Union.

**J. Current Rules -** All presently existing written rules shall be submitted to the Union for informational purposes within sixty (60) days from the effective date of this Agreement.

**K. Rules Application -** Rules shall apply equally to all members of the bargaining unit, and in any event an employee is disciplined because of the application of any rule, the employee may grieve as appropriate under the grievance procedure established in Article 16.

**L. Other Employment -** The Employer and the Union agree that employees subject to this agreement shall not, concurrent with their AMR employment, be employed with other employers which are in competition with AMR. For the purposes of this agreement employers who are in competition with AMR shall be listed in a separate side agreement. Should AMR deem that other employers are in competition with it, the Employer shall give notice to the Union and the parties shall meet for the purpose of amending (adding or deleting) the employers set forth in the side letter. Competition is defined as employers who are directly in competition with AMR for contracts or have a significant presence in the AMR service area, among other criteria.

## ARTICLE 22- DURATION CLAUSE

**22.1 Term** - This Agreement shall remain in full force and effect from the date of final execution by the parties, except as otherwise specifically provided herein, through and including July 5, 2003, and shall continue in full force and effect from year to year thereafter, unless notice of desire to amend or terminate the Agreement is served in writing by either party upon the other at least ninety (90) but no more than one hundred and twenty (120) days prior to the date of expiration.

## ARTICLE 23-SHIFT BIDDING PROCEDURE

**23.1 Regular Vacancies** - When a regular vacancy occurs, the Employer shall post a notice of such vacancy at all stations. Employees shall have seven (7) calendar days from the date of posting to bid for such vacancy. Bids shall be awarded to the senior qualified employee; however, in awarding such bids, the Employer may make assignment with consideration to operational need including customer service requirement. The Employer agrees to post the one (1) subsequent vacancy created by the initial posted position. This second vacancy shall be filled in the same manner and with the same restriction as the first vacancy. All resulting subsequent vacancies shall be filled at the Employer's discretion. When an employee is not awarded a bid in seniority order, the local ranking member of management shall notify the employee in writing of the reason for denial of such bid. Management will forward to the union copies of all shift postings at the same time that such postings are distributed to each field operation station. It is jointly understood that the union shares the responsibility to ensure that all members are aware of shift availability and those postings.

**23.2 Temporary Vacancies** - Positions anticipated to be a of six (6) month's duration or less are deemed to be temporary vacancies which are not subject to the provisions of Section below and may be filled by any method at the Employer's discretion.

**23.3 Part-time Employees** - The Employer has the right to utilize part-time employees as follows:

Any regularly scheduled full-time vacancies which the Employer decides to fill which remain after the exercise of seniority on the part of regular full-time employees shall be offered next in seniority order to regular part-time employees who possess the minimum position qualifications.

**23.4 Per Diem Employees** - The employer has the right to utilize per diem employees as follows:

Any regularly scheduled full time vacancies which the Employer decides to fill which remain after the exercise of seniority on the part of regular part-time employees shall be offered next in seniority order to per-diem employees who possess the minimum position qualifications.
Such per diem employees shall not be entitled to vacation, holidays, paid sick leave, and shall not be eligible to participate in the established group health and welfare insurance programs as set forth in Article 12 of this Agreement.

**23.5** - Once an employee is awarded a shift, he or she may not bid again for a shift vacancy for a six (6) month period, except if a new shift is created or employee is upgrading their classification.

**23.6** - Except where expressly provided between AMR and its accounts, no employee shall be involuntarily transferred from his existing shift assignment

**23.7** - Qualification for the purpose of this Article shall be reasonably related to the requirement of the vacancy.

**23.8 Non-Bargaining Unit Personnel** - The use of Non-Bargaining Unit personnel who hold the title Supervisor to fill shifts is permitted under this agreement provided said Supervisors do not fill more than 18% of the total number of available shifts.

## ARTICLE 24- CRITICAL INCIDENT STRESS DEBRIEFING

**24.1** - The Employer will continue to provide Critical Incident Stress Debriefing. If the training takes place during the employee's regularly scheduled work shift (s), and the employee has completed 50% or more of their regularly scheduled shift, the employee will be paid as time worked. All other time spent at CISD training will be paid at the straight time rate of pay. At the Employer's discretion, employees may be required to attend debriefing sessions.

The Employer shall be provided with proof of attendance for employees attending or participating in CISD sessions. No other information shall be provided or released.

## ARTICLE 25- CONTRACT BARGAINING UNDERSTANDINGS

**25.1 Separability** - This Agreement shall be subject to all present and future applicable Federal and State laws, or Executive Orders of the President of the United States and other appropriate rules and regulations of bona fide

governmental authority. Should any provision(s) become unlawful by virtue of the above, or by declaration of any court of competent jurisdiction, such action shall not invalidate the remainder of the Agreement. Any provision(s) which become unlawful by virtue of the above, or by declaration of any court of competent jurisdiction, shall cause the parties to meet and negotiate replacement provisions that are valid. Any provision(s) of this Agreement not declared invalid shall remain in full force and effect for the life of this Agreement.

**25.2 Amendments** - Any changes to the Agreement shall be in writing and duly executed by the parties thereto.

**25.3 Supersession** - With the sole exception of written agreements mutually agreed to by the parties and specifically named, any and all agreements, written and oral, previously entered into between the parties hereto, are in all things mutually canceled and superseded by this Agreement.

**25.4 Bargaining Waiver and Zipper Clause** - The parties acknowledge that during the negotiations which resulted in this Agreement, all had unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining and that the understandings and agreements arrived at by the parties after the exercise of that right and opportunity are as set forth in this Agreement. Therefore, the Employer and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waive the right, and each agrees that the other shall not be obligated to bargain collectively with respect to any subjects or matters specifically referred to or covered in this Agreement.

## ARTICLE 26- COMMITTEES

**26.1 Joint Labor Management Committee** - The Employer and the Union shall establish a Labor Management Committee which shall be comprised of an equal number (with a minimum of two) of participant's from both the Employer and the Union. The purpose of this committee shall be to discuss issues of mutual interest to both parties for the sole purpose of establishing a harmonious working relationship between the employees, the Union and the Employer. The Labor Management Committee shall not have the power to alter or change in anyway the provisions of this Agreement, negotiate new agreements or resolve grievances.

**26.2 Health and Safety Committee** - The Employer and Union shall establish a Health and Safety Committee which shall be comprised of an equal number (with a minimum of two) of participants from both the Employer and the Union. The purpose of this committee will be the ongoing review of health and safety issues and the investigation of safety concerns referred to the committee by an employee or by the Employer. The Committee shall be empowered to make recommendations to management but shall not have the power to alter or change in any way the provisions of this Agreement.

**26.3 Committee Compensation** - Participation by members of the bargaining unit in both of these committees is instrumental to the success of each committee's efforts. Bargaining unit members will be paid at the straight-time rate for time spent in committee meetings up to a maximum of four (4) hours per month. These hours will not be counted as hours worked and will not be used in the calculation of overtime.

## ARTICLE 27-SHIFT SWAPS

**27.1 Shift Swaps** - Employees covered by this Agreement may be allowed to swap shifts in accordance with the following procedures:

1. Submit a completed Shift Swap Form to the Scheduling Department three (3) business days prior to the date of the requested trade. A completed Shift Swap Form will include the signature of both employees.

2. The Employer's designated supervisor or scheduler will respond to the request at least twenty-four (24) hours prior to the beginning of the applicable shift. The shift swaps of any employee may be denied by the Employer for cause or operational requirements.

3. Shift Swaps shall not result in additional labor costs to the Employer. Shift Swaps must occur during the same pay period.

4. All Shift Swaps shall be done on an hour-for-hour basis and will be among equally qualified employees.

5. Shift Swaps will not be allowed for the purpose of avoiding discipline.

6. Employees will be held accountable for shifts they agree to cover.

7. Failure of an employee to show ("no call/no show") for agreed shift swap will result in disciplinary action and may result in termination of employee's shift swap privileges for up to six (6) months.

8. Shift Swaps may not be used for the purpose of reconfiguring shifts. Submission of more than three (3) consecutive shift swaps will constitute reconfiguration of shift and will only be permitted for education and/or training directly related to the EMS Field and for extraordinary circumstances at the discretion of Management.

**ARTICLE 28- SUBSTANCE ABUSE -DRUG FREE WORKPLACE**

The Employer and the Union agree that excellence is fostered by maintaining a safe and productive working environment which is free of drug and related substance concerns. The Employer and Union are committed to programs that promote safety in the workplace, employee health and well being and customer/consumer confidence.

Furthermore, the Employer and the Union agree that involvement with drugs and alcohol can adversely affect job performance, employee morale and jeopardize patient and employee safety. The Employer and the Union agree that drug and/or alcohol abuse will not be tolerated.

1. The Employer will make available assistance to any eligible employee who is faced with an alcohol and/or substance related problem through the Employee Assistance Program. The Employer encourages any and all employees with a substance abuse problem to address the problem through the EAP prior to the necessity of disciplinary action. Employees who avail themselves of the EAP services, and who are in recovery, are expected to maintain satisfactory job performance and remain committed to a rehabilitation program. Employees who successfully complete a recovery program, may be returned to their original job position without any loss of seniority. Continued employment shall remain the obligation of the individual employee and part of this obligation shall be to remain free of any new or continuing substance abuse related problems or incidents.

2. The use, sale, possession and distribution of illegal drugs or the abuse of legal drugs while at work, whether on or off company property, is strictly prohibited and will result in disciplinary action up to and including termination.

3. Alcohol may not be bought or consumed while at work, whether on or off company property.

4. Being under the influence of alcohol or drugs while at work is strictly prohibited. All employees are expected to report to work in a physical and mental condition appropriate and necessary to the performance of their individual duties and responsibilities without impairment.

5. The Employer reserves the right to require an employee(s) to undergo a medical evaluation and when applicable a urinalysis drug/alcohol screening test and/or a breathalyzer exam (BAT). Such requirement shall only occur in situations where the employer has reasonable suspicion based on an employee's performance, judgment or behavior, which could indicate the employee may be under the influence of drugs or alcohol which may adversely affect the employee's ability to perform his/her job. Involvement in a work related accident caused by an apparent impairment of judgment or physical or mental ability may also result in an Employee having to undergo medical evaluation and where applicable a urinalysis drug screening and/or BAT. An Employee driving a company vehicle who is involved in a motor vehicle accident which is cause for either the towing of a vehicle or the transport of a person involved in the motor vehicle accident for medical treatment may also be required to undergo a urinalysis drug screening and/or BAT. Failure to cooperate fully with the requirements of the drug-screening test, including accurate completion of the appropriate documentation, will result in discipline up to and including termination of employment.

Employees on probation or other form of discipline as a result of prior positive test results will be subject to random testing for a period of up to twelve (12) months.

6. Employees are prohibited from bringing drug paraphernalia onto the Employer's property or any account of the Company at any time, unless in the course of their duty. An employee who possess or distributes such paraphernalia while on Company property or at an account of the Employer, shall be subject to disciplinary action up to and including termination.

7. Employees who take over the counter or prescribed medication are responsible for being aware of any effect the medication may have on performance of their duties and must promptly report to their Supervisor the use of medication likely to impair their ability to do their job. Employees who do so shall not suffer any loss of pay, but may be assigned other duties as appropriate. An employee who fails to report his/her usage of any of the foregoing medications may be subject to discipline.

**ARTICLE 29- LAYOFF**

The Employer and the Union agree that layoffs and recall shall follow the following procedures to minimize the disruption to the lives of the employees, the Employer, and the surrounding community.

*29.1 Layoff –*

1. Employees shall be scheduled as deemed necessary by the Employer with consideration to operational need including customer service requirement.

2. All employees whose position or schedule changes shall be paid at the pay scale step in effect for that classification, shift hours, area, and experience.

3. Split Bargaining unit into regions
   A. ME
   B. NH
   C. Merrimac Valley
   D. North Shore
   E. Boston/Metro West
   F. Central MA
   G. Southeastern MA/RI

4. Determine number of positions in region

5. Determine number of available open positions

6. Group employees by classification

7. Identify number of employees occupying eliminated positions in region

8. Employees choosing shifts shall be grouped by classification, and choose from shifts in the order EMT-P, EMT-C, EMT-I, EMT-B. If a classification does not have enough vacancies the employees shall be placed at the bottom of the next lower classification in company seniority order (i.e. EMT-P to bottom of EMT-C group to take option to downgrade classification).

9. No eliminated employee may choose a position of an employee who has greater seniority than the eliminated employee.

10. Employees whose positions are eliminated may choose by company seniority within classification, an available position, within region, they are qualified for that is not occupied by any employee in region

11. If no unoccupied positions exist, the employee may choose, by company seniority within classification, a position they are qualified for which is occupied by a probationary employee in region

12. If there are no more probationary employees in the classification of an employee whose position is being eliminated, that employee may, in order of company seniority within classification, select a position within the region that is occupied by the person of lowest seniority in that classification, provided that:
    A. The employee whose position is eliminated is senior to the least senior employee occupying a position
    B. The employee is qualified for that position

13. If an employee does not choose a shift which they are qualified for, within their classification, they shall be placed in the "reserve pool" and not be able to choose again at the regional level.

14. Remaining employees placed into "Reserve Pool"

15. After each region completes above, the remaining employees in "Reserve Pool" may choose, by company seniority within classification, an available position they are qualified for that is not occupied by any employee.

16. If there are no unoccupied positions in the classification of a "Reserve Pool" employee, that employee may choose by company seniority within classification, any shift they are qualified for occupied by a probationary employee

17. If there are no more probationary employees in the classification of a "Reserve Pool" employee, that employee may, in order of company seniority within classification, select a position occupied by the person of lowest seniority in that classification, provided that:
    A. The "Reserve Pool" employee is senior to the least senior employee occupying a position
    B. The "Reserve Pool" employee is qualified for that position

18. If an employee does not choose a shift which they are qualified for, within their classification, they shall be placed in the "reserve pool" and not be able to choose again.
19. Remaining employees in "Reserve Pool" are employees to be laid off in the event of layoffs.

### 29.2 Recall –

All employees laid off shall be placed on a recall list grouped by classification and in order of company seniority.

After a shift is bid pursuant to Article 23.1 all resulting subsequent vacancies shall be offered to qualified employees on the recall list by company seniority prior to any employee being allowed to upgrade their classification and prior to any part-time or per-diem employee upgrading to full-time status.

Laid off employees shall remain on recall list for a period of 12 months and shall have the option of one (1) refusal within the region they were laid off from.

Any employee who opted to change their status to part-time or per-diem in lieu of layoff shall not be subject to recall and must bid pursuant to Article 23.

## ARTICLE 30 – EMERGENCY VEHICLE OPERATION COURSE (EVOC)

**30.1** - All employees who operate company vehicles are required to complete the Employer's Emergency Vehicle Operations Course (EVOC). Failure to successfully complete the EVOC training will result in discipline up to and including termination.

**30.2** - The employer agrees to offer EVOC a two (2) day course, to all employees who operate company vehicles as part of their job responsibilities and duties. Employees will be paid at the straight time rate of pay for the initial offering of this two day course. If an employee fails a first time to satisfactorily complete the two day course, the employee will be continued in their employment with the understanding that he/she will be placed on a driver suspension until a second training program can be offered based on the next most available program. Should the employee fail to complete the course satisfactorily a second time, the employee will be placed on administrative leave without pay until such time as a third training program can be offered based on the most available program offering date. Should the employee fail a third time to complete the EVOC program, the employee will automatically be terminated from employment.

## ARTICLE 31- TRAINING

**31.1    Recertification Training** - The Employer shall provide recertification/refresher training classes. Seating preference in all classes shall be given to full time employees.

**31.2    Employer Required Training** - If an employee is required to attend training classes by the Employer for training other than maintaining Certification requirements, such time spent in training shall be paid as hours worked.

**31.2.1  Mandatory Training** — The Employer shall offer mandatory training with ample opportunity to attend, To assure a proper training environment and efficient planning, pre-registration will be required. Upon establishing a training schedule, the Employer shall post it in all stations and allow a period of fourteen calendar days for employees to sign up. Classes shall be filled on a first come, first served basis. If after fourteen days an employee fails to sign up for a mandatory class the Employer may designate a class. The Employer's assignment shall constitute a work assignment and the employee must attend or obtain a swap as provided for under this agreement.

**31.3    Optional Training** - If an employee chooses to attend a BTLS/PHTLS, PALS, NALS or other training program requiring external administrative coordination and/or support materials, employees will be required to pay a nominal fee to support such programs.

**31.4    Tuition Reimbursement** - All employees are encouraged to advance themselves in the field of emergency medical services. Any continuing education or advanced training programs not offered by AMR that an employee wishes to pursue must be approved in advance by operations management and Human Resources. Upon successful certification

and the assignment to a full-time position at the level of certification, reimbursement will begin. The employee will be reimbursed subject to the schedule set up in advance.

**REIMBURSEMENT SCHEDULE** - Reimbursement will be paid on a monthly basis to eligible employees on the active payroll on the following schedule:

| | |
|---|---|
| Paramedic | $115/month for 48 months |
| Cardiac Tech | $75/month for 12 months |
| Intermediate | $75/month for 12 months |
| EMT Basic Training | $50/month for 24 months |

**31.5  Training Representatives/Field Preceptors** – Employees assigned as training representatives or field preceptors shall be paid a differential equal to $0.25 per hour. Such differential shall be added to, and for all purposes, shall be considered part of the employee's regular rate of pay.

## ATTACHMENT A – WAGE SCALE IMPLEMENTATION

1. For the purposes of this Agreement, AMR work experience shall be pro-rated as follows:

    1.1. Full-time experience will be credited to an employee's "Years of Experience" calculation at 100% of actual full-time years of service with the company.
    1.2. Part-time experience will be credited to an employee's "Years of Experience" calculation at 75% of actual part-time years of service with the company.
    1.3. Per Diem experience will be credited to an employee's "Years of Experience" calculation at 50% of actual per diem years of service with the company.
    1.4. No per diem and/or part time experience or combination of such with AMR or one of its legacy companies will be credited for the purposes of placement on the Dispatch and/or TCO pay scale.

2. For the purposes of this Agreement, work experience prior to service with the company shall be credited as follows:

    2.1. All full-time experience will be credited to an employee's "Years of Experience" calculation at 100% of actual full-time years of service in the employee's current job classification.
    2.2. Neither part-time nor per diem experience gained prior to AMR or its legacy companies shall be credited to an employee's "Years of Experience" calculation.

3. A "Years of Experience" date shall be established as a product of the following calculation:

    3.1. AMR full-time experience in the employee's current classification (e.g.: EMT-B vs. EMT-P), plus
    3.2. AMR part-time experience (if any) in the employee's current classification (with the exception of Dispatch or TCO), prorated according to Item 1 above, plus
    3.3. Full-time experience in the employee's current classification prior to AMR employment

4. Duplicate credit will not be assigned for concurrent experience with two or more employers.

5. An "Experience Date" shall be established as a permanent element of the employee's personnel file. Such "Experience Date" will be used as the starting point for initial placement on the wage scale. Subsequent annual advancements for full time employees shall be awarded individually on the anniversary of this "Experience Date" provided that their status is unchanged during that period. The "Experience Date" will reset with any future change in job classification and/or full time classification as established with other Union job classifications. Subsequent annual advancements for part time/per-diem employees shall be awarded as set forth in 9.2 above.

    It is hereby acknowledged and agreed that Employees employed as of the signing of this agreement have had an "Experience Date" established and have been given the opportunity to submit verification of previous experience to the Company in establishing such "Experience Date". Therefore the "Experience Date" shall not be adjusted for the purposes of granting additional credit not previously addressed by the employee as of the signing of the agreement.

## MISC. L SIDE LETTER AGREEMENT

Trinity Ambulance, Easecare Ambulance, Pathway, Northeast (Maine), Marlboro-Hudson Ambulance

### Massachusetts 40-Hour EMT

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT Wage | $10.00 | $10.30 | $10.66 | $11.09 | $11.53 | $11.93 | $12.32 | $12.69 | $13.04 | $13.37 | $13.67 | $13.94 | $14.18 | $14.40 | $14.58 | $14.72 |

### Massachusetts 40-Hour EMT-I

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-I Wage | $11.45 | $11.91 | $12.44 | $13.07 | $13.59 | $14.00 | $14.35 | $14.70 | $15.00 | $15.30 | $15.57 | $15.84 | $16.12 | $16.36 | $16.56 | $16.73 |

### Massachusetts 40-Hour Paramedic

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-P Wage | $14.00 | $14.56 | $15.22 | $15.98 | $16.61 | $17.11 | $17.54 | $17.98 | $18.34 | $18.71 | $19.03 | $19.37 | $19.71 | $20.00 | $20.25 | $20.45 |

### Massachusetts Chair Car

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C/C Wage | $8.00 | $8.24 | $8.57 | $9.00 | $9.36 | $9.64 | $9.83 | $9.93 | $10.03 | $10.13 | $10.23 | $10.33 | $10.44 | $10.54 | $10.65 | $10.75 |

### Massachusetts 48-Hour EMT

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT Wage | $9.23 | $9.51 | $9.84 | $10.23 | $10.64 | $11.02 | $11.37 | $11.72 | $12.04 | $12.34 | $12.62 | $12.87 | $13.09 | $13.29 | $13.46 | $13.59 |

### Massachusetts 48-Hour EMT-I

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-I Wage | $10.57 | $10.99 | $11.49 | $12.06 | $12.54 | $12.92 | $13.24 | $13.57 | $13.85 | $14.12 | $14.37 | $14.62 | $14.88 | $15.10 | $15.29 | $15.44 |

### Massachusetts 48-Hour Paramedic

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-P Wage | $12.92 | $13.44 | $14.04 | $14.75 | $15.34 | $15.80 | $16.19 | $16.60 | $16.93 | $17.27 | $17.57 | $17.88 | $18.19 | $18.46 | $18.69 | $18.88 |

### Massachusetts 56-Hour EMT

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT Wage | $8.75 | $9.01 | $9.33 | $9.70 | $10.09 | $10.44 | $10.78 | $11.11 | $11.41 | $11.70 | $11.96 | $12.20 | $12.41 | $12.60 | $12.76 | $12.88 |

### Massachusetts 56-Hour EMT-I

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-I Wage | $10.02 | $10.42 | $10.89 | $11.43 | $11.89 | $12.25 | $12.55 | $12.87 | $13.12 | $13.39 | $13.62 | $13.86 | $14.10 | $14.31 | $14.49 | $14.64 |

### Massachusetts 56-Hour Paramedic

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMT-P Wage | $12.25 | $12.74 | $13.31 | $13.98 | $14.54 | $14.97 | $15.35 | $15.73 | $16.05 | $16.37 | $16.65 | $16.95 | $17.24 | $17.50 | $17.72 | $17.90 |

### DISPATCHER

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dispatcher Wage | $13.00 | $13.39 | $13.79 | $14.34 | $14.92 | $15.36 | $15.83 | $16.30 | $16.79 | $17.29 | $17.64 | $17.99 | $18.35 | $18.72 | $18.91 | $19.09 |

### TCO

| Years Experience | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCO Wage | $12.00 | $12.36 | $12.73 | $13.24 | $13.77 | $14.18 | $14.61 | $15.05 | $15.50 | $15.96 | $16.28 | $16.61 | $16.94 | $17.28 | $17.45 | $17.63 |