UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 04-11736 PBS |
| INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND TIME TO
FILE SUPPLEMENTAL MEMORANDA OF LAW**

Plaintiff American Medical Response of Massachusetts, Inc. ("AMR") and defendant International Association of EMT's & Paramedics, Local 1 (the "Union") (AMR and the Union are referred to collectively as the "Parties") hereby jointly request that the Court extend the time for them to file memoranda of law supplementing their summary judgment materials for two weeks, until Thursday, May 11, 2006, on the ground that the parties, pursuant to the Court's instructions, are engaged in ongoing settlement negotiations.

As further grounds for their Joint Motion, AMR and the Union state:

1.      In this civil action, AMR seeks to vacate an award that an arbitrator issued. On February 21, 2006, AMR and the Union each moved for summary judgment. The Parties then filed their respective oppositions to those motions for summary judgment, and the Court held a hearing on the motions for summary judgment on April 6, 2006.

2. At the hearing on the Parties' motions for summary judgment, the Court instructed the Parties to attempt to negotiate a settlement of the matter. Failing settlement, the Court granted the Parties three weeks from the hearing, until April 27, 2006, to file supplemental memoranda of law addressing the extent of the remedies available should the Court decide to vacate the arbitration award at issue.

3. AMR and the Union currently are engaged in discussions concerning the possible settlement of this matter. As a result of those settlement discussions, the Parties wish to avoid the expense and time inherent in drafting supplemental memoranda of law and to focus their energies on the settlement negotiations. Should such settlement negotiations prove successful, then the supplemental memoranda of law will be unnecessary.

4. Allowance of this Joint Motion will not unduly delay resolution of this matter and will not prejudice either party.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>AMERICAN MEDICAL RESPONSE OF<br>MASSACHUSETTS, INC., | Defendant,<br>INTERNATIONAL ASSOCIATION OF<br>EMT's & PARAMEDICS, LOCAL 1, |
| By its attorneys, | By its attorney, |
| /s/ Kevin P. Sweeney<br>Paul J. Murphy, Esq., BBO No. 363490<br>Kevin P. Sweeney, Esq., BBO No. 548761<br>Menard Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br>(617) 832-2500 | /s/ Timothy G. Bailey<br>Timothy G. Bailey, Esq., BBO No. 560308<br>IAEP<br>159 Burgin Parkway<br>Quincy, MA 02169<br>(617) 376-0220 |

Dated: April 25, 2006