UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF EMT's & PARAMEDICS, LOCAL 1, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 04-11736 PBS

**JOINT MOTION TO FURTHER EXTEND TIME TO
FILE SUPPLEMENTAL MEMORANDA OF LAW**

Plaintiff American Medical Response of Massachusetts, Inc. ("AMR") and defendant International Association of EMT's & Paramedics, Local 1 (the "Union") (AMR and the Union are referred to collectively as the "Parties") hereby jointly request that the Court grant them an additional extension of three weeks until June 1, 2006, for them to file memoranda of law supplementing their summary judgment materials on the ground that the Parties, pursuant to the Court's instructions, are engaged in ongoing settlement negotiations.

As further grounds for their Joint Motion, AMR and the Union state:

1.   In this civil action, AMR seeks to vacate an award that an arbitrator issued.  On February 21, 2006, AMR and the Union each moved for summary judgment.  The Parties then filed their respective oppositions to those motions for summary judgment, and the Court held a hearing on the motions for summary judgment on April 6, 2006.

2. At the hearing on the Parties' motions for summary judgment, the Court instructed the Parties to attempt to negotiate a settlement of the matter. Failing settlement, the Court granted the Parties three weeks from the hearing, until April 27, 2006, to file supplemental memoranda of law addressing the extent of the remedies available should the Court decide to vacate the arbitration award at issue.

3. AMR and the Union since that time have been engaged in negotiations concerning the possible settlement of this matter. As a result of those ongoing settlement discussions, the Parties, to avoid the expense and time inherent in drafting supplemental memoranda of law and to permit them to focus their energies on the settlement negotiations, filed a Joint Motion to Extend Time to File Supplemental Memoranda of Law on April 25, 2006. On April 26, 2006, the Court entered an order allowing that joint motion and extending the time for the Parties to file supplemental memoranda of law until Thursday, May 11, 2006.

4. AMR and the Union have continued their settlement negotiations during the last two weeks, and next week, after AMR's principal attorney returns from out-of-state depositions, the Parties will exchange and review a draft written settlement agreement. Should the ongoing settlement negotiations prove successful, then the supplemental memoranda of law will be unnecessary.

- 3 -

5. Allowance of this Joint Motion will not unduly delay resolution of this matter and will not prejudice either party.

Respectfully submitted,

| Plaintiff,<br>AMERICAN MEDICAL RESPONSE OF<br>MASSACHUSETTS, INC., | Defendant,<br>INTERNATIONAL ASSOCIATION OF<br>EMT's & PARAMEDICS, LOCAL 1, |
|---|---|
| By its attorneys, | By its attorney, |
| /s/ Paul J. Murphy<br>Paul J. Murphy, Esq., BBO No. 363490<br>Kevin P. Sweeney, Esq., BBO No. 548761<br>Menard Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts  02109<br>(617)  832-2500 | /s/ Timothy G. Bailey<br>Timothy G. Bailey, Esq., BBO No. 560308<br>IAEP<br>159 Burgin Parkway<br>Quincy, MA 02169<br>(617) 376-0220 |

Dated:  May 11, 2006